**Expert Report of Michael Iliescu, MD**

*Sully v. Cowlitz County*

*Matter ID:04914-014270*

*Re: inmate Jenny Borelis*

April 23, 2015

## I.  Introduction

I have been asked to review autopsy reports, photographs, and toxicology reports related to the death of inmate Jenny Borelis, and to provide an opinion as to what the cause of death of the inmate is. Information on this case is limited and it is this expert's understanding that, at this time, no other Medical Examiner's Office information and no new medical records are available for review. Therefore, the following summary, opinions and conclusions are based on the information available at this time. I reserve the right to consider any information that may become available at a later date and if necessary author an additional supplemental report. I was compensated for my review of these cases at a professional's hourly rate of $295/h.

### List of materials reviewed in reaching an opinion

1. Records from Cowlitz County jail and autopsy records regarding inmate Jenny Borelis.

## II.  Summary of Qualifications

My professional background is in forensic pathology and pathology of trauma. My academic experience includes eight years of teaching in the area of forensic pathology and the pathology of trauma. I have performed more than 2,000 forensic autopsies throughout my eleven-year career in forensic pathology and have testified in criminal cases in County, State and Federal courts in Arizona and Florida. Furthermore, I functioned as a full time medical examiner in Arizona for approximately four years and in Washington State for one year. My curriculum vita is attached to this report as Exhibit A.

In the past four years, I have provided expert testimony in the following cases:

State of Arizona vs. Marjorie Orbin

State of Arizona vs. Shawnte Jones

State of Arizona vs. Filemon Marquez

State of Arizona vs. Carlos Anthony Barreras-Ratcliff (Deposition)

### III. Summary of Expert Opinion

IM Jenny Borelis died of infection within the thrombosis of the left arm, resulting in bacteremia and sepsis. This resulted in multiple septic infarcts (spleen, lungs and iliopsoas muscles), due to chronic and acute IV narcotism, in a patient with co-morbidities such as chronic polysubstance abuse (opiate and methamphetamine). Injection drug users have an increased risk of developing infections compared to the general population due to a number of factors:

- Concurrent smoking of cigarettes or illicit drugs may impair local lung defenses, macrophage activity, and mucociliary clearance.
- The stupor induced by some injected drugs favors development of aspiration pneumonia or lung abscesses.
- Bacteremia may follow injection and may hematogenously infect internal organs (lungs, spleen and psoas muscles in inmate Borelis' case).

### IV. <u>Discussion of Medical Issues of the case</u>

Jenny Borelis was arrested in the early morning hours of 5/12/2013 and she had fallen and hit her head after being "tazed" during the arrest. That resulted in her being transported to the local hospital emergency department for evaluation of possible head injury. The initial CT of the brain performed during her brief hospitalization was found to be negative. It appears that another brain CT was performed on 5/15/13 which showed focal changes questionable of diffuse axonal injury.
Jenny Borelis was then booked into the Cowlitz County Jail, where a detoxification protocol was started.

The incident in question occurred on 5/15/13 at/around 11:00 AM when inmate (IM) Borelis complained of back pain and vomiting. Officer Treichel found the Mr. Borelis on the floor after apparently she had fallen from the lower bunk bed (Bates 000006). The inmate was responsive but "mildly stuporous". The IM was placed on a mattress on the floor. At 1350 (1:50) PM, IM became incoherent. The medical personnel came in apparently at 1400 hours (2:00) PM and their evaluation was "detox" symptoms. Due to elevation IM's fever (102.1°F), the nurse called Dr. Gorcki who ordered urinalysis for possible urinary tract infection and Tylenol prescribed for fever.

At 1450 (2:50) PM, medical personnel (Angie) was called in again due to the fact that IM Borelis became unresponsive. CPR was initiated, and it appears that an ambu bag was used for resuscitation of IM Borelis.

3

At 1602 (4:02) PM, EMS arrived at the scene and IM was transported and arrived at Peace Health St. John Medical Center at 1604, (4:04) PM. Later IM Borelis was transferred to Peace Health Southwest Vancouver.

Eventually IM Borelis died on 5/16/13.

**Autopsy Findings**
- A. Documented in the autopsy report is the presence of a plastic container in the IM's stomach (Bates 000188). The intact, closed lid container, contained the following:
    - a. "a small clear, yellow and black zip lock style baggie"
    - b. "a thin film of plastic with black substance"
    - c. "a piece of white claylike material"

    Although the gastric plastic container was closed, the fact the unprotected claylike material was loose cannot exclude a small leakage of this substance in the stomach lumen, followed by rapid absorption into the blood stream. Furthermore the blood toxicological analysis revealed the presence of both opiates and methamphetamine.

- B. The autopsy revealed an infected thrombosed left antecubital vein with resulting multiple septic infarcts (spleen, lungs and psoas muscles).

- C. The diffuse axonal injury (DAI) which was suspected by the brain CT, was not properly looked at by the pathologist due to the fact that no special stains were performed. The neuropathological evaluation of DAI requires special stains which are not mentioned of being performed in the autopsy report.

V. **Clinical-Pathological Correlation**

   IM Borelis presented with several acute medical conditions in which medical intervention may not have been lifesaving. The IM's chronic use of IV drugs is most likely the etiology for bacteremia leading to sepsis. Chronic drug users are relatively "immunocompromised" and may not manifest the usual symptoms one might expect with sepsis such as fever, chills, etc. IM Borelis had multiple septic infarcts, requiring early diagnosis in order to provide lifesaving treatment. Sepsis can rapidly lead to multisystem organ failure. The medical literature suggests mortality rates in sepsis ranging from 10-20%, and with septic shock the mortality rate approaches 80% (Martin, June 2012, Vol10, No.6).

4

In addition, the IM had ingested a plastic container which likely may have leaked unknown amounts of contents (opiates and/or methamphetamine). Opiates in high doses can cause respiratory depression, thus slowing the respiratory rate, and eventually causing respiratory arrest. Unless this is immediately suspected, even with reversal agents (Narcan), it may be difficult and or impossible to reverse the narcotic effects.

There is no antidote for methamphetamine. Methamphetamine causes an increase in heart rate and blood pressure. In IM Borelis' case, in addition to sepsis, the drug could potentially increase the stress on the heart and other organs. Methamphetamine may have also contributed to worsening of diffuse axonal brain injury.

Therefore, given the multiplicity sequelae associated with sepsis, and potential multisystem organ failure due to drug use, it is unlikely that earlier medical intervention would have changed the outcome.

## VI. Conclusions

In my best professional opinion Jenny Borelis died of infected thrombus of the left antecubital vein, resulting in bacteremia and sepsis. This resulted in multiple septic infarcts (spleen, lungs and iliopsoas muscles), due to chronic and acute IV narcotism, in a patient with co-morbidities such as chronic polysubstance abuse (opiate and methamphetamine).

IM Borelis presented with several acute medical conditions in which medical intervention may not have been lifesaving.

Dated April 23, 2015

_Michael Iliescu MD_ (signature)

Michael Iliescu, MD

# References

1. Sepsis, severe sepsis and septic shock: changes in incidence, pathogens and outcome, Greg Martin; Expert review of anti-infective therapy; June 2012, Vol10, No.6, Pages 701-706.

**Michael Iliescu, MD**
2276 W Periwinkle Way
Chandler, AZ 85248
(480) 786-4256
www.medexaminer.net

---

## EDUCATION

| | | |
|---|---|---|
| 1999-2000 | **Broward County Medical Examiner's Office** <br> Fellowship in Forensic Pathology |
| 1995-1999 | **Winthrop University Hospital, NY** <br> AP/CP resident |
| 1977-1983 | **Medical Institute of Timisoara, Romania** <br> Doctor of Medicine |

## HONORS AND AWARDS

1977-1983    **Timis Scholar-Tuition Scholarship**
Timis State Higher Education Coordinating Board.  Award recognizing academic achievement and leadership activities of two university students per legislative district

## EMPLOYMENT HISTORY

2007-2008    **King County Medical Examiner's Office**
 Assistant medical examiner

2003-Present    **Autopsy & Forensic Services, Inc.**
Owner/forensic consultant

2005-Present    **Hannon Biomechanics Analysis**
Forensic consultant

2001-12/2003    **Coconino County Medical Examiner's Office**
 Medical Examiner

2000-01/2002    **Maricopa County Medical Examiner's Office**
 Medical Examiner

1983-1991    **Family Practitioner**
 Romania

## TEACHING EXPERIENCE

2013    **Faculty**
University of Science, Arts and Technology, Montserrat

2011-Present    **Faculty and Chairperson of Western Medical Sciences Department**
Phoenix Institute of Herbal Medicine and Acupuncture

2007    **Advisory board member, forensic section**
 University of Washington Extension, Forensics program

| | | |
|---|---|---|
| 2007 | **Faculty - Department of Basic Medical Sciences** | |
| | American Medical College of Homeopathy | |
| 2006-Present | **Chief Medical Officer** | |
| | US DHHS, Disaster mortuary operational response team (DMORT-9) | |
| 2005-Present | **Adjunct Faculty** | |
| | Scottsdale Community College – Administration of Justice Department | |
| 2003-2004 | **Adjunct Faculty** | |
| | Northern Arizona University – Administration of Justice Department | |
| 2004 | **Adjunct Faculty** | |
| | Coconino Community College – Administration of Justice Department | |
| 1990-1991 | **Assistant Professor** | |
| | Medical University of Timisoara, Romania – Biochemistry Department | |

## PRESENTATIONS AND LECTURES

Hannon, Patrick and Iliescu, Michael (2014) The role of forensic biomechanics/medicine in physical child abuse, Journal of Forensic Biomechanics- March, Volume 5(1)

Michael Iliescu, MD and other speakers: The Sixth International Congress of Forensic Sciences, key note speaker (Forensic Autopsy), May 2010, Puerto Vallarta, Mexico

Michael Iliescu, MD and other speakers. "Basic Forensic Pathology; Death Investigation Techniques", Alaska police association annual conference, 2009 Kenai Police Department

Michael Iliescu, MD and other speakers. "NTSB mass fatality incident management." Organized and presented at NDMS, DMORT-9 annual training, 2007

Mary Dudley, MD and Michael Iliescu, MD. "Forensic Medical Investigation, Comprehensive Review." Phoenix, Kansas City and Atlantic City, 2006 and 2007.

Michael Iliescu, MD. "Katrina Mission, how identification of the victims was made." Seminar organized and presented at Scottsdale Community College, 2006

**Michael Iliescu, MD** and Patrick Hannon, PhD. "Biomechanics of motorcycle accidents." Southwestern Association of Traffic Accident Investigators Symposium, 2006

Michael Iliescu, MD. "Role of the medical examiner in death investigation." Chandler Citizens Police Academy, 2005 and 2006

Michael Iliescu, MD. "Death Investigation." Organized and presented for Arizona Funeral Home Directors Association, 2004 and 2005

Michael Iliescu, MD. "Role of the medical examiner in death investigation." Flagstaff Citizens Police Academy, 2002 and 2003

Michael Iliescu, MD. "Death Investigation Methodology." Seminar organized and presented for Coconino County Law Enforcement Agencies, 2002

Michael Iliescu, MD. "Death Investigation Methodology." Seminar organized and presented for National Park Services and Coconino County Sherriff's Office, 2002

Michael Iliescu, MD. "Death investigation", seminar presented by Washington state association of coroners and medical examiners, 2008.

**MEMBERSHIPS/LICENSES/CERTIFICATIONS**

2007        **Medical license in Arizona**

2010        **Mexican College of Forensic Sciences**

2009        **Academy of Criminal Justice Sciences**

2012        **Diplomate of the American Board of Forensic Medicine - forensic physician**

## Medical Licenses

Arizona

# Autopsy & Forensic Services, Inc. Fee Sheet

Fed Tax ID 20-102-8327

## Autopsies

    Full------------------------------------------------------------- $2,600
    Partial---------------------------------------------------------- $1,900
    Organ limited--------------------------------------------------- $1,150
    External examination only (with photographs)--------------- $695

Cultures, Alzheimer's special stains, immunostaining, laboratory tests, toxicology, transportation of the body to the funeral home and facility fees extra and at actual cost.

FORENSIC TECHNICIAN SERVICES $350 per case
FORENSIC INVESTIGATOR SERVICES $100/hour

## Forensic Consultations

Hourly fee for review of documents and analysis and
discussions with attorneys…........................................................... $295/hr

Hourly fee for depositions and trial testimony.............................. $325/hr with a 1.0 hour minimum.
 *Depositions should be prepaid in 1, 2, 3 or 4 hour blocks and excepting the 1.0 hour minimum are refundable. Depositions are scheduled when full pre-payment is made*

Medical Chart Review........(summaries – performed by Dr. Iliescu)   $100/hr

Medical Case Review and issuing an opinion …………………….   $295/hr

**No travel time fee to the retaining attorney.**
Travel time for cases outside the Phoenix area & depositions   … ..… $100/hr
Travel expenses: air travel, hotels, meals..........................actual costs with receipts
Auto travel at $0.58 /mile (Triple A current estimate) Door to Door

Report Fee..................................................................................   NO CHARGE
Fee for outside services, Fed Express changes, video surveillance analysis, engineering analysis, animations or artistic figures for trial exhibits................   *at actual cost with receipts – NO SURCHARGES*

Administrative staff …………………………………………………. $40/hr
This covers special secretary time, travel- rush Fed Ex, large amounts of Xeroxing, etc.

**Retainers (for forensic consultation cases only):**
The unused portion of the retainer will be promptly refunded.
Civil Cases:
 1. Defense...........................................................…….…… $1,500
 2. Plaintiff …………………………………………..……………. $3,000
Criminal Forensics.............................................……………. $3,000
Medical opinion cases……………………………………………$1,000
Invoices are billed monthly and payment is due 30 days after invoice.
One and one half percent per month is added to invoices not paid within 30 days.