# M<small>UELLER</small>* & P<small>ARTIN</small>, PS, I<small>NC</small>.

WASHINGTON FEDERAL CENTER
400 108th AVENUE N.E., SUITE 615
BELLEVUE, WASHINGTON 98004

**Certified Public Accountants**
**Forensic Economists**

PHONE:      (425) 455-0303
FACSIMILE:   (425) 455-5176
EMAIL:partin@muellerpartin.com

*Gary E. Mueller - Retired

August 25, 2015

Mr. Marc Rosenberg
Lee Smart
1800 One Convention Place
701 Pike Street
Seattle, WA  98101

Re:      *Estate of Borelis v. Cowlitz County*

Dear Mr. Rosenberg,

In accordance with the terms of our engagement, this report summarizes our evaluation of the loss of net accumulations to the Estate of Jenny Borelis resulting from her death on May 16, 2013.

## BACKGROUND

Jenny Borelis died while in custody of Cowlitz County Jail on May 16, 2013.  She was born on October 13, 1984, was 28.59 years of age, and resided in Kelso, Washington on the date of her death.  Ms. Lisa Sully, as the personal representative of Ms. Borelis's estate, has filed a claim for a net economic loss to her estate.

## SCOPE

Mueller & Partin, Certified Public Accountants and Forensic Economists, has been engaged by Lee Smart to evaluate the net economic loss claim asserted by the Estate of Jenny Borelis resulting from her May 16, 2013 death.  We have also been asked to prepare a report summarizing our findings and conclusions.  Our work on this project included analysis of the following information:

- Answers and Responses to Defendants' First Set of Interrogatories and Requests for Production to Plaintiff Lisa Sully, dated February 25, 2015,

- Journal of Addictive Diseases Study Regarding Life Expectancy and Productivity Loss Among Narcotics Addicts Thirty-Three Years After Index Treatment,

- Vocational Report of Shelley Lewis, dated April 14, 2015,

- Declaration of Diane Londo Including Exhibits, dated February 19, 2014,

- Declaration of Steven Lee Piller, dated December 4, 2014,

- Various Photographs of Jenny Borelis,

- State of Washington Case Records Summary for Jenny Borelis,

- Various Probate Records for the Estate of Jenny Borelis,

- Various Medical Billing Records for Jenny Borelis,

- DCS Financial, Inc.'s Claim on Estate of Jenny Borelis, dated December 18, 2014,

- Conmed, Inc.'s Responses to Plaintiff Lisa Sully's First Interrogatories and Requests for Production to Conmed, dated January 15, 2015,

- Conmed, Inc.'s Supplemental Responses to Requests for Production, dated January 28, 2015,

- Answers and Responses to First Discovery to Defendant Cowlitz County Pertaining to Plaintiff Borelis, dated March 13, 2015,

- Various Documents Bates Stamped CONMED DISC 0001 – CONMED DISC 1955,

- Various Documents Bates Stamped CC BORELIS 000001 – CC BORELIS 000700,

- Various Documents Bates Stamped CC 000057 – CC 000776,

- Various Department of Social and Health Services Documents Bates Stamped 000001 – 001556,

- Various American Medical Response Documents Bates Stamped 000001 – 000041,

- Various Cowlitz 2 Fire & Rescue Documents Bates Stamped 000001 – 000007,

- Various PeaceHealth Southwest Washington Medical Center Documents Bates Stamped 000005 – 000540,

- Various St. John Medical Center Documents Bates Stamped 000001 – 001100,

- Curriculum Vitae of Michael Oreskovich, M.D., F.A.C.S.,

- Independent Medical Evaluation Report by Michael Oreskovich, M.D., F.A.C.S., dated August 12, 2015,

- Map of Cowlitz County Jail,

- National Institutes of Health Study Regarding Years of Potential Life Lost Among Heroin Addicts 33 Years After Treatment.

We relied upon the accuracy of the information provided. We performed analytical procedures considered appropriate under the circumstances to evaluate the loss claimed. Our procedures were performed exclusively for the purpose of computing the net economic loss to Jenny Borelis's estate resulting from her death. This report is intended solely for your use in connection with the above-referenced litigation and should not be used for any other purpose.

The analysis and opinions in this report are based upon the information listed in the Scope section above, my education and experience in performing similar financial analyses and economic damage calculations, documents and testimony in the record, accepted damages methodologies and approaches, and relevant case law. I have been qualified as an expert and presented testimony on numerous occasions in courts throughout the United States in litigation involving the measurement of economic damages and business valuation. I am a licensed Certified Public Accountant, Accredited in Business Valuation, have a designation of Master Analyst in Financial Forensics and am the President of Mueller & Partin, Certified Public Accountants and Forensic Economists. My curriculum vitae, fee schedule and history of court testimony are included as Attachment 23 to this report.

**ANALYSIS**

We evaluated the above documents provided as support for the net economic loss claim asserted by the Estate of Jenny Borelis as well as other information as listed above. We considered the following elements of economic loss:

- The production of income Ms. Borelis would have generated from employment "but for" her death,

- The portion of her personal income she would have consumed had she lived,

Our report includes Attachments 1 – 22, which summarize our calculations and support our conclusions.

<u>General Assumptions</u>

Our analysis of the economic loss utilized the following general assumptions:

- Ms. Borelis's drug addiction likely had a profound impact on both her life expectancy and ability to meaningfully participate in the labor force, according to the medical and vocational opinions discussed in subsequent sections of this report. We accordingly prepared a number of scenarios where reduced life and work life expectancies are considered. In the Scenario where we assumed a normal life expectancy, we also assumed a remaining work life expectancy consistent with the average remaining work life expectancy of females with a similar level of education at the same age as the decedent (applies to hypothetical life expectancy alternative IV only; refer to Attachment 8).[1]

- Work life estimates measure participation in the labor force; participation is defined as either working or unemployed but looking for work. Therefore, when work life tables are used to determine the number of years of future labor force participation, they must be adjusted for the fact estimates, when applied to earnings loss calculations, will result in an overstatement of the number of years an individual produces earned income. The most accepted method of making the adjustment is to apply the unemployment rate of the general population to each year of the future work life statistic, resulting in a consistent reduction of earnings over the course of the work life estimate, eliminating the overstatement. The average unemployment rate for females with less than a high school education over the last ten years in the United States was 11.5%, as shown on Attachments 22. We accordingly adjusted Ms. Borelis's projected annual wages for the probability of employment by the average rate of unemployment in the United States and then added back estimated unemployment income received during periods of unemployment. [2]

---

[1] As reported by Skoog, Ciecka, and Krueger, "The Markov Model of Labor Force Activity", Journal of Forensic Economics, Volume XXII, Number 2, August 2011.
[2] Source: U.S. Department of Labor - Bureau of Labor Statistics Series #LNU04027679

- In Scenarios were it was assumed Ms. Borelis would have been capable of labor force participation, we assumed earnings from employment would have followed the average life cycle of earnings for females with less than a high school degree in the United States (refer to Attachment 9).[3] The lifetime earnings cycle methodology incorporates the concept that an individual's earning rate is dependent upon age. The typical wage earner will enter the labor market at a relatively low wage rate, progress rapidly in earnings in younger years; level off in mid-life, and in some instances, experience declining earnings toward the end of work life expectancy. Increases in income subsequent to entrance into the labor market occur as a result of gained experience and the attainment of higher paying jobs through promotions or movement from one employer to another. The leveling off in mid-life occurs when the employer recognizes that the employee's learning curve had peaked and the full potential of the employee had been realized.[4]

- In Scenarios were it was assumed Ms. Borelis would have been capable of labor force participation, we assumed wages would have grown at the historical compound annual growth rate of 2.73%, in addition to increases in income attributed to age and experience as discussed above, consistent with the average U.S. weekly earnings in private nonagricultural industries from 2003 – 2013 (Attachment 12).[5]

- We assumed personal expenditures of earned income to pay the normal expenses of living would have conformed to those exhibited by a single individual[6] with a similar level of income (Attachment 10).[7]

- We assumed any Social Security benefits (based on the decedent's expected future earnings) and civilian employment-provided pension benefits would have been 100% consumed during retirement and would have been sufficient to meet her living needs during retirement years without liquidating net accumulations of wealth achieved by the end of her work life expectancy.

- The discount rate utilized to determine net present value is best determined by analyzing the relationships between inflation and rates of return on appropriate investments over a past period of time, typically the past ten to twenty years, which include at least one

---

[3] Source: Full-Time Earnings in the United States, Expectancy Data, 2012 Edition.
[4] Everett G. Dillman, "The Age Earnings Cycle – Earnings by Education", Journal of Forensic Economics, Volume II, Number 1, December 1988.
[5] As published in the Economic Report of the President, Transmitted to the Congress March 2014.
[6] We understand Ms. Borelis may have given birth to three children prior to her death (source: vocational report of Shelley Lewis, dated April 14, 2015 (pp. 2)). However, the Estate's responses to interrogatories indicated Ms. Borelis had no dependents and only listed her mother (Laura Elliot) as a beneficiary to her Estate. We accordingly assumed the Estate's net economic loss should be measured based on a single individual household.
[7] Bureau of Labor Statistics, Consumer Expenditure Survey, 2007 – 2012.

full business cycle and also reflect economic conditions expected to be generally similar to those of the future. Research has shown that while specific inflation rates and rates of return on investments are difficult to predict with accuracy due to volatility, the spread (mathematical difference) between inflation and investment returns is much more stable and predictable. Our analysis considered the following expected investment returns/discount rates:

- o In the first scenario we utilized United States Treasury securities with maturities ranging from one to ten years over the past ten year period (refer to Attachments 14 through 19).

- o In the second scenario we assumed an investment return of 6.09%[8] based on the historical yield of a blended portfolio invested for the purpose of maximizing long-term financial grain with minimal risk, comprised of:

  - 16.67% - (1/6th) One-year U.S. Government Constant-Maturity Securities
  - 16.67% - (1/6th) Five-year U.S. Government Constant-Maturity Securities
  - 33.33% - (1/3th) Long Term or Capital Market AAA Corporate Bonds
  - 33.33% - (1/3th) Standard & Poor's 500 Index Fund

  Calculations utilizing the 6.09% discount rate are more appropriate in this circumstance for determining present value of future losses because of the long term investment time horizon before any proceeds would have passed to Ms. Borelis's estate but for her death.

- Our calculations are stated in present value dollars as of May 1, 2015 for the purpose of separating past and future loss estimates.

<u>Medical Opinions</u>

We relied upon the medical opinion of Dr. Michael Oreskovich as expressed in his independent medical evaluation report dated August 12, 2015. Dr. Oreskovich stated the following in regard to Ms. Borelis:

*"The decedent suffered from the intravenous use of cocaine, methamphetamine, and heroin for a minimum of 13 years. Her substance use disorder was severe and would be fatal. It affected her mental health, her physical health, her emotional health, her relationships, her family, her pregnancies, her children, her economic status, her ability to be employed, her ability to further her education, and her ability to be happy. She was frequently*

---

[8] Refer to Attachments 20 and 21.

*assaulted, frequently injured, and a high utilizer of emergency rooms and treatment centers. Her multiple relapses despite treatment were predictive of ongoing relapses, which eventually would cause her demise. She was treated for endocarditis on November 12, 2014. The usual cause of endocarditis is the spread of bacteria during an intravenous injection with a dirty needle. The cause of death on May 15th, 2013 was bacteria in her bloodstream, which showered her other organs causing infection throughout her body. This is a common cause of death with the intravenous administration of drugs and was directly related and a consequence of her ongoing drug addiction. She had a terminal form of drug addiction. There were no years of productive life left. The decedent died of her addiction."*

Dr. Oreskovich's conclusions accordingly indicate Ms. Borelis would have had no years of productive life remaining even if she had not died on May 16, 2013.

Expert Vocational Opinions

We considered the vocational report of Shelley Lewis dated April 14, 2015. Ms. Lewis stated the following regarding Ms. Borelis's vocational outlook and earning capacity:

*"According to the records, Ms. Borelis worked off and on as a temporary cannery worker. Although solely based on her age Ms. Borelis was in the exploration stage of vocational development, she did not appear to be participating in vocational exploration through regular employment. Additionally, Ms. Borelis appears to have spent unknown periods of time incarcerated between 2003 and 2013 as well as had ongoing difficulties with substance abuse. These behaviors are not conducive to gaining and maintaining regular employment."*

*"Considering that Ms. Borelis was in the exploration phase of her vocational development in May 2013, does not appear to have ever been regularly or steadily employed prior to her death, had a history of felony convictions, had been incarcerated on what appears to be more than one occasion and had issues with substance use/abuse, her employment capacity and earning capacity over the course of her work life cannot be specifically determined. Based on available information, it does not appear that Ms. Borelis was going to be a substantial wage earner. If she was going to be a wage earner over the long term, something was going to have to significantly change in the way she lived her life."*

*"In regard to employment, taking her assumed 8th grade education into consideration, Ms. Borelis was qualified to work in jobs that are available to those with less than a high school education. These types of jobs are low skilled or trades oriented in nature which appears to be the type of job she held when and/or if she worked. However,*

*considering her criminal history, apparent substance abuse history and lack of regular, steady employment, it cannot be said on a more probable than not basis when or if she would have become employed on any sort of a reasonably continuous basis or been a regular, substantial wage earner over time."*

*"Owings Lewis has researched the impact criminal history can have on employability. The literature consistently documents the difficulty encountered by individuals with a criminal history in regard to gaining and maintaining employment.  While there are jobs available to those with a criminal history, the availability of employment is less than what is available to those without a criminal history."*

*"Additionally, Owings Lewis performed research with regard to the effect of alcohol and drug abuse on an individual's employability.  The literature indicates that alcohol and/or drug abuse/dependence have a substantial negative effect on employment. Issues that are raised include lower productivity/work performance, absenteeism, physical and mental health conditions due to the use/abuse, job loss, participation in criminal activities and potential convictions and incarcerations, etc.  The literature also outlines high rates of death for those using and abusing drugs and alcohol."*

Ms. Lewis's conclusions indicate that it cannot be said, on a more probable than not basis, Ms. Borelis would have been a regular, full time wage earner had she not died on May 16, 2013.  Ms. Lewis's conclusions further indicate Ms. Borelis's history of substance abuse and criminal activity would have negatively impacted her ability to gain and maintain employment "but for" her death.

Projected Net Loss of Accumulations

As discussed above, Dr. Oreskovich's conclusions indicate Ms. Borelis would have had no years of productive life remaining even if she had not died on May 16, 2013; her drug addiction was a terminal health condition.  We accordingly concluded the estate incurred no economic loss if the medical opinions of Dr. Oreskovich are determined to be correct.

For discussion purposes, we prepared a set of hypothetical calculations assuming Ms. Borelis would have had a remaining life expectancy consistent with the following four life expectancy alternatives:

- In the first hypothetical life expectancy alternative we assumed Ms. Borelis would have lived through May 16, 2014, reflecting a remaining life expectancy of one year from her date of death on May 16, 2013.

- In the second hypothetical life expectancy alternative we assumed she would have lived through May 16, 2018, reflecting a remaining life expectancy of five years from her May 16, 2013 date of death.

- In the third hypothetical life expectancy alternative we assumed Ms. Borelis would have lived through May 16, 2023, reflecting a remaining life expectancy of ten years from her date of death on May 16, 2013.

- In the fourth hypothetical life expectancy alternative we assumed she would have lived through August 7, 2065 (to age 80.82), consistent with the average remaining life expectancy of females at the same age as Ms. Borelis on the date of her death (refer to Attachment 8).

We note our hypothetical calculations assume Ms. Borelis would have been a productive participant in the labor force from November 16, 2013 (six months from her date of death) through either her hypothetical life expectancy (applies to hypothetical life expectancy alternatives 1 through 3) or her projected work life expectancy (applies to hypothetical life expectancy scenario 4; refer to Attachment 8).

Ms. Borelis was unemployed at the time of her death and as noted above, Ms. Lewis concluded it cannot be reasonably assumed Ms. Borelis would have ever been a regular, full time wage earner had she not died on May 16, 2013. Given the uncertainty regarding Ms. Borelis's ability to participate in the labor force, we measured the estate's hypothetical economic loss under each life expectancy alternative based upon the following four employment participation rate scenarios:

- Hypothetical Scenario I assumes Ms. Borelis's earnings from employment would have followed the average life cycle of earnings for females with less than a high school education, working full time year round in the United States. We reduced projected lost earnings by expected saved personal consumption to arrive at an estimate of the net accumulations to Ms. Borelis's estate (as shown on Attachment 1). Hypothetical Scenario I accordingly concludes the Estate of Jenny Borelis incurred no economic loss as a result of her death on May 16, 2013.[9]

- Hypothetical Scenario II utilizes the same methodology described under Hypothetical Scenario I but assumes her earnings would equal to 75% of the median earnings of females with less than a high school education, working full time year round. The assumption reflects an assumed 25% higher unemployment rate than typical females of

---

[9] In an effort to reduce the number of supporting attachments included as part of this report, we excluded our calculations assuming a remaining life expectancy of either one year, five years, or ten years since there was no economic loss to the estate even when we assumed Ms. Borelis would have lived a normal life expectancy.

similar age and education because of her past pattern of criminal activity, substance abuse, and inconsistent labor force participation. We did not prepare calculations for this scenario because there was no economic loss to the Estate even when we assumed Ms. Borelis would have generated earnings equal to 100% of the median earnings for females with less than a high school education (Hypothetical Scenario I) because her personal living expenses would consume 100% of her income. Hypothetical Scenario II accordingly concludes the Estate of Jenny Borelis incurred no economic loss as a result of her death on May 16, 2013.

- Hypothetical Scenario III utilizes the same methodology described under Hypothetical Scenario I but assumes Ms. Borelis would have generated earnings equal to 50% of the median earnings of females with less than a high school education, working full time year round in the United States from November 16, 2013 through her projected work life expectancy. As indicated in Hypothetical Scenario II, we did not prepare calculations for Hypothetical Scenario III because there was no loss to the Estate even when we assumed Ms. Borelis would have generated earnings equal to 100% of the median earnings for females with less than a high school education (Hypothetical Scenario I). Hypothetical Scenario III accordingly concludes the Estate of Jenny Borelis incurred no economic loss as a result of her death on May 16, 2013.

- Hypothetical Scenario IV utilizes the same methodology described under Hypothetical Scenario I but assumes Ms. Borelis would have generated earnings equal to 25% of the median earnings of females with less than a high school education, working full time year round in the United States from November 16, 2013 through her projected work life expectancy. Hypothetical Scenario IV similarly concludes the Estate of Jenny Borelis incurred no economic loss as a result of her death on May 16, 2013.

**CONCLUSION**

We analyzed the documents produced as support for the net economic loss claimed by the Estate of Jenny Borelis resulting from her May 16, 2013 death. We concluded the Estate of Jenny Borelis incurred no economic loss as a result of her death on May 16, 2013, if one assumes the medical opinions of Dr. Oreskovich are correct. The severity of her addiction eliminated the possibility of an economically productive life.

We prepared a series of hypothetical calculations to illustrate possible impact on economic losses if one were to consider differing assumptions regarding life expectancy, labor force participation rate and the discount rate. Our calculations, including references to data sources relied upon, are shown on Attachments 1 - 22 of this report. We concluded Estate has no economic loss regardless of assumptions utilized as summarized on Attachment 1.

Ms. Borelis would have likely consumed 100% of whatever income she generated had she lived, given her limited education and related earning capacity.

We will continue to analyze any new information as it is provided to us, rebut Plaintiff expert opinions where appropriate, and update our report prior to trial.

Very truly yours,

William Partin CPA/ABV/MAFF

**Summary of Hypothetical Economic Loss**                                    **Attachment 1**

**Assumes Earning Capacity Based on 100% of Median Earnings for Females with a Less Than A High School Degree**
**Normal Life Expectancy**
**Estate of Jenny Borelis**
**Date of Death: May 16, 2013**

*All Figures Net Present Value as of May 1, 2015 (Date of Valuation)*

| Description | TIERED TREASURY DISCOUNT RATE | | | BLENDED PORTFOLIO DISCOUNT RATE | | |
|---|---|---|---|---|---|---|
| | Past | Future | Total | Past | Future | Total |
| Lost Earnings | $ 26,736 | $ 297,232 | $ 323,968 | $ 26,736 | $ 242,817 | $ 269,553 |
| | *Attachment 2* | *Attachment 3* | | *Attachment 2* | *Attachment 4* | |
| Saved Consumption | $ (28,398) | $ (315,700) | $ (344,098) | $ (28,398) | $ (257,903) | $ (286,301) |
| | *Attachment 5* | *Attachment 6* | | *Attachment 5* | *Attachment 7* | |
| Subtotals = | $ - | $ - | $ - | $ - | $ - | $ - |
| **Hypothetical Economic Loss** | | | **$ -** | | | **$ -** |

MUELLER & PARTIN
M&P
CERTIFIED PUBLIC ACCOUNTANTS
& FORENSIC ECONOMISTS

# Hypothetical Projected Past Earnings
## Jenny Borelis

## Date of Death: May 16, 2013

**Assumptions:  Analysis starts November 16, 2013 (Assumed Start of Earnings Loss) and ends May 1, 2015 (Date of Valuation)**

| | | |
|---|---|---|
| Remaining Worklife Exp. at Date of Death | 16.92 | Attachment 8 |
| Projected Date at End of Worklife Expectancy | 4/16/2030 | Attachment 8 |
| Projected Earnings, 2012 $$ | E | Calculated from formula on Attachment 9 |
| Unemployment Rate | 11.50% | Attachment 22 |
| Prob. Of Future Employment (POFE) | 88.50% | Calculated as (1 - Unemployment Rate) |
| Unemployment Benefits, 2012 $$ | G | Assumes 11.50% of a year less 1/2 wait week |
| Employee Social Security Contribution | 6.20% | J | as a percent of gross pay |
| Annual Wage Growth Rate | 2.73% | Attachment 12 |
| Cumulative Growth Factor | K | Calculated as (1 + Growth Rate)^{Years Ahead of Earnings Base Year} |

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Age of Ms. Borelis | Years Before 2015 | Frac. Of Year | Proj. Annual Earnings 2012 $$ | Earnings Adj. for POFE | Unemp. Benefits | Total Proj. Earnings 2012 $$ | Total Proj. Earn. Adj. Frac. of Yr | Earnings less, Social Security and Pension | Cumul Growth Factor | Projected Earnings Current $$ | Cumul Disc. Factor | NPV Proj. Earnings |
| | | | | E x 88.50% | | | F + G | D x H | I - (D x F x 6.20%) | | J x K | | L x M |
| 2013 | 29 | 2 | 0.13 | $ 19,268 | $ 17,052 | $ 1,020 | $ 18,072 | $ 2,259 | $ 2,127 | 1.027 | $ 2,185 | 1.000 | $ 2,185 |
| 2014 | 30 | 1 | 1.00 | $ 19,554 | $ 17,305 | $ 1,035 | $ 18,341 | $ 18,341 | $ 17,268 | 1.055 | $ 18,222 | 1.000 | $ 18,222 |
| 2015 | 31 | 0 | 0.33 | $ 19,833 | $ 17,553 | $ 1,050 | $ 18,603 | $ 6,201 | $ 5,838 | 1.084 | $ 6,329 | 1.000 | $ 6,329 |

NET PRESENT VALUE, PROJECTED PAST EARNINGS =  $ 26,736


Mueller & Partin
CERTIFIED PUBLIC ACCOUNTANTS
& FORENSIC ECONOMISTS

# Hypothetical Projected Future Earnings
## Tiered Treasury Discount Rate
## Jenny Borelis

**Attachment 3**

## Date of Death: May 16, 2013

*Assumptions: Analysis starts May 1, 2015 (Date of Valuation) and ends April 16, 2030 (Statistical Worklife Expectancy)*

| | | | |
|---|---|---|---|
| Remaining Worklife Exp. at Date of Death | 16.92 | | Attachment 8 |
| Projected Date at End of Worklife Expectancy | 4/16/2030 | | Attachment 8 |
| Projected Earnings, 2012 $$ | | E | Calculated from formula on Attachment 9 |
| Unemployment Rate | 11.50% | | Attachment 22 |
| Prob. Of Future Employment | 88.50% | F | Calculated as (1 - Unemployment Rate) |
| Unemployment Benefits, 2012 $$ | | G | Assumes 11.50% of a year less 1/2 wait week |
| Employee Social Security Contribution | 6.20% | J | as percent of gross pay |
| Annual Wage Growth Rate | 2.73% | | Attachment 12 |
| Cumulative Growth Factor | | K | Calculated as (1 + Growth Rate)$^{\text{Years Ahead of Earnings Base Year}}$ |
| Cumulative Discount Factor | | M | Attachment 14 |

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Age of Ms. Borelis | Years After 2015 | Frac. Of Year | Proj. Annual Earnings 2012 $$ | Earnings Adj. for Unempl. | Unemp. Benefits | Total Proj. Earnings 2012 $$ | Total Proj. Earn. Adj. Frac. of Yr | Earnings less, Social Security and Pension | Cumul Growth Factor | Projected Earnings Current $$ | Cumul Disc. Factor | NPV Proj. Future Earnings |
| | | | | E x 88.50% | | | F + G | D x H | I - (D x F x 6.20%) | | J x K | | L x M |
| 2015 | 31 | 0 | 0.67 | $ 19,833 | $ 17,553 | $ 1,050 | $ 18,603 | $ 12,402 | $ 11,676 | 1.084 | $ 12,658 | 1.000 | $ 12,658 |
| 2016 | 32 | 1 | 1.00 | $ 20,106 | $ 17,794 | $ 1,064 | $ 18,858 | $ 18,858 | $ 17,755 | 1.114 | $ 19,772 | 0.979 | $ 19,362 |
| 2017 | 33 | 2 | 1.00 | $ 20,371 | $ 18,029 | $ 1,079 | $ 19,107 | $ 19,107 | $ 17,989 | 1.144 | $ 20,580 | 0.962 | $ 19,794 |
| 2018 | 34 | 3 | 1.00 | $ 20,630 | $ 18,257 | $ 1,092 | $ 19,350 | $ 19,350 | $ 18,218 | 1.175 | $ 21,409 | 0.932 | $ 19,963 |
| 2019 | 35 | 4 | 1.00 | $ 20,881 | $ 18,480 | $ 1,106 | $ 19,585 | $ 19,585 | $ 18,440 | 1.207 | $ 22,261 | 0.912 | $ 20,305 |
| 2020 | 36 | 5 | 1.00 | $ 21,126 | $ 18,696 | $ 1,118 | $ 19,815 | $ 19,815 | $ 18,655 | 1.240 | $ 23,135 | 0.871 | $ 20,159 |
| 2021 | 37 | 6 | 1.00 | $ 21,363 | $ 18,906 | $ 1,131 | $ 20,037 | $ 20,037 | $ 18,865 | 1.274 | $ 24,033 | 0.848 | $ 20,390 |
| 2022 | 38 | 7 | 1.00 | $ 21,594 | $ 19,110 | $ 1,143 | $ 20,254 | $ 20,254 | $ 19,069 | 1.309 | $ 24,955 | 0.803 | $ 20,049 |
| 2023 | 39 | 8 | 1.00 | $ 21,817 | $ 19,308 | $ 1,155 | $ 20,463 | $ 20,463 | $ 19,266 | 1.344 | $ 25,901 | 0.779 | $ 20,183 |
| 2024 | 40 | 9 | 1.00 | $ 22,034 | $ 19,500 | $ 1,167 | $ 20,666 | $ 20,666 | $ 19,457 | 1.381 | $ 26,871 | 0.756 | $ 20,310 |
| 2025 | 41 | 10 | 1.00 | $ 22,243 | $ 19,685 | $ 1,178 | $ 20,863 | $ 20,863 | $ 19,642 | 1.419 | $ 27,867 | 0.704 | $ 19,621 |
| 2026 | 42 | 11 | 1.00 | $ 22,446 | $ 19,864 | $ 1,188 | $ 21,053 | $ 21,053 | $ 19,821 | 1.457 | $ 28,887 | 0.680 | $ 19,649 |
| 2027 | 43 | 12 | 1.00 | $ 22,641 | $ 20,037 | $ 1,199 | $ 21,236 | $ 21,236 | $ 19,994 | 1.497 | $ 29,933 | 0.657 | $ 19,671 |
| 2028 | 44 | 13 | 1.00 | $ 22,830 | $ 20,204 | $ 1,209 | $ 21,413 | $ 21,413 | $ 20,160 | 1.538 | $ 31,006 | 0.635 | $ 19,684 |
| 2029 | 45 | 14 | 1.00 | $ 23,011 | $ 20,365 | $ 1,218 | $ 21,583 | $ 21,583 | $ 20,321 | 1.580 | $ 32,104 | 0.613 | $ 19,691 |
| 2030 | 46 | 15 | 0.29 | $ 23,186 | $ 20,519 | $ 1,228 | $ 21,747 | $ 6,343 | $ 5,972 | 1.623 | $ 9,692 | 0.593 | $ 5,743 |

**NET PRESENT VALUE, PROJECTED FUTURE EARNINGS = $ 297,232**



# Hypothetical Projected Future Earnings

## Blended Portfolio Discount Rate
## Jenny Borelis

### Date of Death: May 16, 2013

*Assumptions:  Analysis starts May 1, 2015 (Date of Valuation) and ends April 16, 2030 (Statistical Worklife Expectancy)*

| | | | |
|---|---|---|---|
| Remaining Worklife Exp. at Date of Death | 16.92 | | Attachment 8 |
| Projected Date at End of Worklife Expectancy | 4/16/2030 | | Attachment 8 |
| Projected Earnings, 2012 $$ | | E | Calculated from formula on Attachment 9 |
| Unemployment Rate | 11.50% | | Attachment 22 |
| Prob. Of Future Employment | 88.50% | F | Calculated as (1 - Unemployment Rate) |
| Unemployment Benefits, 2012 $$ | | G | Assumes 11.50% of a year less 1/2 wait week |
| Employee Social Security Contribution | 6.20% | J | as percent of gross pay |
| Annual Wage Growth Rate | 2.73% | | Attachment 12 |
| Cumulative Growth Factor | | K | Calculated as (1 + Growth Rate) Years Ahead of Earnings Base Year |
| Cumulative Discount Factor | | M | Attachment 20 |

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Age of Ms. Borelis | Years After 2015 | Frac. Of Year | Proj. Annual Earnings 2012 $$ | Earnings Adj. for Unempl. | Unemp. Benefits | Total Proj. Earnings 2012 $$ | Total Proj. Earn. Adj. Frac. of Yr | Earnings less, Social Security and Pension | Cumul Growth Factor | Projected Earnings Current $$ | Cumul Disc. Factor | NPV Proj. Future Earnings |
| | | | | E x 88.50% | | F + G | D x H | I - (D x F x 6.20%) | | J x K | | L x M | |
| 2015 | 31 | 0 | 0.67 | $ 19,833 | $ 17,553 | $ 1,050 | $ 18,603 | $ 12,402 | $ 11,676 | 1.084 | $ 12,658 | 1.000 | $ 12,658 |
| 2016 | 32 | 1 | 1.00 | $ 20,106 | $ 17,794 | $ 1,064 | $ 18,858 | $ 18,858 | $ 17,755 | 1.114 | $ 19,772 | 0.933 | $ 18,450 |
| 2017 | 33 | 2 | 1.00 | $ 20,371 | $ 18,029 | $ 1,079 | $ 19,107 | $ 19,107 | $ 17,989 | 1.144 | $ 20,580 | 0.880 | $ 18,100 |
| 2018 | 34 | 3 | 1.00 | $ 20,630 | $ 18,257 | $ 1,092 | $ 19,350 | $ 19,350 | $ 18,218 | 1.175 | $ 21,409 | 0.829 | $ 17,748 |
| 2019 | 35 | 4 | 1.00 | $ 20,881 | $ 18,480 | $ 1,106 | $ 19,585 | $ 19,585 | $ 18,440 | 1.207 | $ 22,261 | 0.781 | $ 17,394 |
| 2020 | 36 | 5 | 1.00 | $ 21,126 | $ 18,696 | $ 1,118 | $ 19,815 | $ 19,815 | $ 18,655 | 1.240 | $ 23,135 | 0.737 | $ 17,039 |
| 2021 | 37 | 6 | 1.00 | $ 21,363 | $ 18,906 | $ 1,131 | $ 20,037 | $ 20,037 | $ 18,865 | 1.274 | $ 24,033 | 0.694 | $ 16,684 |
| 2022 | 38 | 7 | 1.00 | $ 21,594 | $ 19,110 | $ 1,143 | $ 20,254 | $ 20,254 | $ 19,069 | 1.309 | $ 24,955 | 0.654 | $ 16,329 |
| 2023 | 39 | 8 | 1.00 | $ 21,817 | $ 19,308 | $ 1,155 | $ 20,463 | $ 20,463 | $ 19,266 | 1.344 | $ 25,901 | 0.617 | $ 15,974 |
| 2024 | 40 | 9 | 1.00 | $ 22,034 | $ 19,500 | $ 1,167 | $ 20,666 | $ 20,666 | $ 19,457 | 1.381 | $ 26,871 | 0.581 | $ 15,621 |
| 2025 | 41 | 10 | 1.00 | $ 22,243 | $ 19,685 | $ 1,178 | $ 20,863 | $ 20,863 | $ 19,642 | 1.419 | $ 27,867 | 0.548 | $ 15,269 |
| 2026 | 42 | 11 | 1.00 | $ 22,446 | $ 19,864 | $ 1,188 | $ 21,053 | $ 21,053 | $ 19,821 | 1.457 | $ 28,864 | 0.516 | $ 14,919 |
| 2027 | 43 | 12 | 1.00 | $ 22,641 | $ 20,037 | $ 1,199 | $ 21,236 | $ 21,236 | $ 19,994 | 1.497 | $ 29,933 | 0.487 | $ 14,571 |
| 2028 | 44 | 13 | 1.00 | $ 22,830 | $ 20,204 | $ 1,209 | $ 21,413 | $ 21,413 | $ 20,160 | 1.538 | $ 31,006 | 0.459 | $ 14,226 |
| 2029 | 45 | 14 | 1.00 | $ 23,011 | $ 20,365 | $ 1,218 | $ 21,583 | $ 21,583 | $ 20,321 | 1.580 | $ 32,104 | 0.432 | $ 13,884 |
| 2030 | 46 | 15 | 0.29 | $ 23,186 | $ 20,519 | $ 1,228 | $ 21,747 | $ 6,343 | $ 5,972 | 1.623 | $ 9,692 | 0.408 | $ 3,951 |

NET PRESENT VALUE, PROJECTED FUTURE EARNINGS = $ 242,817



**Hypothetical Projected Past Saved Personal Consumption**                                                        **Attachment 5**

**Jenny Borelis**

## Date of Death: May 16, 2013

*Assumptions: Analysis starts November 16, 2013 (Assumed Start of Earnings Loss) and ends May 1, 2015 (Date of Valuation)*

| | | | | |
|---|---|---|---|---|
| Remaining Worklife Exp. at Date of Death | 16.92 | | Attachment 8 |
| Projected Date at End of Worklife Expectancy | 4/16/2030 | | Attachment 8 |
| Projected Annual Earnings | | **E** | See Attachment 2, Column H |
| Other Household Income | $    - | **F** | |
| Personal Consumption | | **H** | Calculated from formula on Attachment 10 |
| Annual Wage Growth Rate | 2.73% | | Attachment 12 |
| Cumulative Growth Factor | | **K** | Calculated as (1 + Growth Rate)^{Years Ahead of Earnings Base Year} |

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Age of | Years | Frac. | Total Proj. | Other | Total | Personal | Personal | Personal | Cumul | Personal | Cumul | NPV |
| | Ms. | Before | Of | Earnings | Household | Household | Consump. | Consumption | Consumption | Growth | Consumption | Disc. | Personal |
| Year | Borelis | 2015 | Year | 2012 $$ | Income | Income | % | 2012 $$ | Adj. Frac. Yr. | Factor | Current $$ | Factor | Consumption |
| | | | | | | | | **G x H** | **D x I** | | **J x K** | | **L x M** |
| 2013 | 29 | 2 | 0.13 | $ 18,072 | $    - | $ 18,072 | 122.1% | $ 18,072 | $ 2,259 | 1.027 | $ 2,321 | 1.000 | $ 2,321 |
| 2014 | 30 | 1 | 1.00 | $ 18,341 | $    - | $ 18,341 | 121.2% | $ 18,341 | $ 18,341 | 1.055 | $ 19,355 | 1.000 | $ 19,355 |
| 2015 | 31 | 0 | 0.33 | $ 18,603 | $    - | $ 18,603 | 120.4% | $ 18,603 | $ 6,201 | 1.084 | $ 6,722 | 1.000 | $ 6,722 |

NET PRESENT VALUE, PROJECTED PAST SAVED CONSUMPTION = $    28,398



**Hypothetical Projected Future Saved Personal Consumption**                                               **Attachment 6**

**Tiered Treasury Discount Rate**

**Jenny Borelis**

**Date of Death: May 16, 2013**

*Assumptions: Analysis starts May 1, 2015 (Date of Valuation) and ends April 16, 2030 (Statistical Worklife Expectancy)*

| | | | |
|---|---|---|---|
| Remaining Worklife Exp. at Date of Death | 16.92 | Attachment 8 | |
| Projected Date at End of Worklife Expectancy | 4/16/2030 | Attachment 8 | |
| Projected Annual Earnings | | **E** | See Attachment 3, Column H |
| Other Household Income | $ - | **F** | |
| Personal Consumption | | **H** | Calculated from formula on Attachment 10 |
| Annual Wage Growth Rate | 2.73% | | Attachment 12 |
| Cumulative Growth Factor | | **K** | Calculated as (1 + Growth Rate)^Years Ahead of Earnings Base Year |
| Cumulative Discount Factor | | **M** | Attachment 14 |

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Age of Ms. Borelis | Years Ahead 2015 | Frac. Of Year | Total Proj. Earnings 2012 $$ | Other Household Income | Total Household Income | Personal Consump. % | Personal Consumption 2012 $$ | Personal Consumption Adj. Frac. Yr. | Cumul Growth Factor | Personal Consumption Current $$ | Cumul Disc. Factor | NPV Personal Consumption |
| | | | | | | | | G x H | D x I | | J x K | | L x M |
| 2015 | 31 | 0 | 0.67 | $ 18,603 | $ - | $ 18,603 | 120.4% | $ 18,603 | $ 12,402 | 1.084 | $ 13,444 | 1.000 | $ 13,444 |
| 2016 | 32 | 1 | 1.00 | $ 18,858 | $ - | $ 18,858 | 119.6% | $ 18,858 | $ 18,858 | 1.114 | $ 21,001 | 0.979 | $ 20,565 |
| 2017 | 33 | 2 | 1.00 | $ 19,107 | $ - | $ 19,107 | 118.8% | $ 19,107 | $ 19,107 | 1.144 | $ 21,858 | 0.962 | $ 21,024 |
| 2018 | 34 | 3 | 1.00 | $ 19,350 | $ - | $ 19,350 | 118.0% | $ 19,350 | $ 19,350 | 1.175 | $ 22,739 | 0.932 | $ 21,204 |
| 2019 | 35 | 4 | 1.00 | $ 19,585 | $ - | $ 19,585 | 117.3% | $ 19,585 | $ 19,585 | 1.207 | $ 23,644 | 0.912 | $ 21,566 |
| 2020 | 36 | 5 | 1.00 | $ 19,815 | $ - | $ 19,815 | 116.6% | $ 19,815 | $ 19,815 | 1.240 | $ 24,573 | 0.871 | $ 21,411 |
| 2021 | 37 | 6 | 1.00 | $ 20,037 | $ - | $ 20,037 | 116.0% | $ 20,037 | $ 20,037 | 1.274 | $ 25,527 | 0.848 | $ 21,657 |
| 2022 | 38 | 7 | 1.00 | $ 20,254 | $ - | $ 20,254 | 115.4% | $ 20,254 | $ 20,254 | 1.309 | $ 26,506 | 0.803 | $ 21,295 |
| 2023 | 39 | 8 | 1.00 | $ 20,463 | $ - | $ 20,463 | 114.8% | $ 20,463 | $ 20,463 | 1.344 | $ 27,510 | 0.779 | $ 21,437 |
| 2024 | 40 | 9 | 1.00 | $ 20,666 | $ - | $ 20,666 | 114.2% | $ 20,666 | $ 20,666 | 1.381 | $ 28,541 | 0.756 | $ 21,572 |
| 2025 | 41 | 10 | 1.00 | $ 20,863 | $ - | $ 20,863 | 113.7% | $ 20,863 | $ 20,863 | 1.419 | $ 29,598 | 0.704 | $ 20,840 |
| 2026 | 42 | 11 | 1.00 | $ 21,053 | $ - | $ 21,053 | 113.2% | $ 21,053 | $ 21,053 | 1.457 | $ 30,682 | 0.680 | $ 20,870 |
| 2027 | 43 | 12 | 1.00 | $ 21,236 | $ - | $ 21,236 | 112.7% | $ 21,236 | $ 21,236 | 1.497 | $ 31,793 | 0.657 | $ 20,893 |
| 2028 | 44 | 13 | 1.00 | $ 21,413 | $ - | $ 21,413 | 112.2% | $ 21,413 | $ 21,413 | 1.538 | $ 32,932 | 0.635 | $ 20,908 |
| 2029 | 45 | 14 | 1.00 | $ 21,583 | $ - | $ 21,583 | 111.8% | $ 21,583 | $ 21,583 | 1.580 | $ 34,099 | 0.613 | $ 20,914 |
| 2030 | 46 | 15 | 0.29 | $ 21,747 | $ - | $ 21,747 | 111.3% | $ 21,747 | $ 6,343 | 1.623 | $ 10,294 | 0.593 | $ 6,100 |

**NET PRESENT VALUE, PROJECTED FUTURE SAVED CONSUMPTION = $ 315,700**



# Hypothetical Projected Future Saved Personal Consumption

## Blended Portfolio Discount Rate

## Jenny Borelis

**Attachment 7**

## Date of Death: May 16, 2013

*Assumptions:  Analysis starts May 1, 2015 (Date of Valuation) and ends April 16, 2030 (Statistical Worklife Expectancy)*

| | | | |
|---|---|---|---|
| Remaining Worklife Exp. at Date of Death | 16.92 | | Attachment 8 |
| Projected Date at End of Worklife Expectancy | 4/16/2030 | | Attachment 8 |
| Projected Annual Earnings | | **E** | See Attachment 4, Column H |
| Other Household Income | $       - | **F** | |
| Personal Consumption | | **H** | Calculated from formula on Attachment 10 |
| Annual Wage Growth Rate | 2.73% | | Attachment 12 |
| Cumulative Growth Factor | | **K** | Calculated as (1 + Growth Rate) Years Ahead of Earnings Base Year |
| Cumulative Discount Factor | | **M** | Attachment 20 |

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Age of Ms. Borelis | Years Ahead 2015 | Frac. Of Year | Total Proj. Earnings 2012 $$ | Other Household Income | Total Household Income | Personal Consump. % | Personal Consumption 2012 $$ | Personal Consumption Adj. Frac. Yr. | Cumul Growth Factor | Personal Consumption Current $$ | Cumul Disc. Factor | NPV Personal Consumption |
| | | | | | | | | **G x H** | **D x I** | | **J x K** | | **L x M** |
| 2015 | 31 | 0 | 0.67 | $ 18,603 | $       - | $ 18,603 | 120.4% | $ 18,603 | $ 12,402 | 1.084 | $ 13,444 | 1.000 | $ 13,444 |
| 2016 | 32 | 1 | 1.00 | $ 18,858 | $       - | $ 18,858 | 119.6% | $ 18,858 | $ 18,858 | 1.114 | $ 21,001 | 0.933 | $ 19,596 |
| 2017 | 33 | 2 | 1.00 | $ 19,107 | $       - | $ 19,107 | 118.8% | $ 19,107 | $ 19,107 | 1.144 | $ 21,858 | 0.880 | $ 19,225 |
| 2018 | 34 | 3 | 1.00 | $ 19,350 | $       - | $ 19,350 | 118.0% | $ 19,350 | $ 19,350 | 1.175 | $ 22,739 | 0.829 | $ 18,851 |
| 2019 | 35 | 4 | 1.00 | $ 19,585 | $       - | $ 19,585 | 117.3% | $ 19,585 | $ 19,585 | 1.207 | $ 23,644 | 0.781 | $ 18,475 |
| 2020 | 36 | 5 | 1.00 | $ 19,815 | $       - | $ 19,815 | 116.6% | $ 19,815 | $ 19,815 | 1.240 | $ 24,573 | 0.737 | $ 18,098 |
| 2021 | 37 | 6 | 1.00 | $ 20,037 | $       - | $ 20,037 | 116.0% | $ 20,037 | $ 20,037 | 1.274 | $ 25,527 | 0.694 | $ 17,721 |
| 2022 | 38 | 7 | 1.00 | $ 20,254 | $       - | $ 20,254 | 115.4% | $ 20,254 | $ 20,254 | 1.309 | $ 26,506 | 0.654 | $ 17,343 |
| 2023 | 39 | 8 | 1.00 | $ 20,463 | $       - | $ 20,463 | 114.8% | $ 20,463 | $ 20,463 | 1.344 | $ 27,510 | 0.617 | $ 16,967 |
| 2024 | 40 | 9 | 1.00 | $ 20,666 | $       - | $ 20,666 | 114.2% | $ 20,666 | $ 20,666 | 1.381 | $ 28,541 | 0.581 | $ 16,591 |
| 2025 | 41 | 10 | 1.00 | $ 20,863 | $       - | $ 20,863 | 113.7% | $ 20,863 | $ 20,863 | 1.419 | $ 29,598 | 0.548 | $ 16,217 |
| 2026 | 42 | 11 | 1.00 | $ 21,053 | $       - | $ 21,053 | 113.2% | $ 21,053 | $ 21,053 | 1.457 | $ 30,682 | 0.516 | $ 15,846 |
| 2027 | 43 | 12 | 1.00 | $ 21,236 | $       - | $ 21,236 | 112.7% | $ 21,236 | $ 21,236 | 1.497 | $ 31,793 | 0.487 | $ 15,476 |
| 2028 | 44 | 13 | 1.00 | $ 21,413 | $       - | $ 21,413 | 112.2% | $ 21,413 | $ 21,413 | 1.538 | $ 32,932 | 0.459 | $ 15,110 |
| 2029 | 45 | 14 | 1.00 | $ 21,583 | $       - | $ 21,583 | 111.8% | $ 21,583 | $ 21,583 | 1.580 | $ 34,099 | 0.432 | $ 14,747 |
| 2030 | 46 | 15 | 0.29 | $ 21,747 | $       - | $ 21,747 | 111.3% | $ 21,747 | $ 6,343 | 1.623 | $ 10,294 | 0.408 | $ 4,196 |

**NET PRESENT VALUE, PROJECTED FUTURE SAVED CONSUMPTION =** $ 257,903



MUELLER & PARTIN
M&P CERTIFIED PUBLIC ACCOUNTANTS & FORENSIC ECONOMISTS

**Worklife and Life Expectancy**
**Jenny Borelis**
**Date of Death: May 16, 2013**

**Calculation Inputs:**

| | |
|---|---|
| Date of Birth: | 10/13/1984 |
| Date of Death: | 5/16/2013 |
| Date Lost Wages Begin: | 11/16/2013 |
| Date of Valuation: | 5/1/2015 |

**Calculation Outputs:**

| | | |
|---|---|---|
| Age at Date of Death: | 28.59 | Years |
| Age at Date Lost Wages Begin: | 29.09 | Years |
| Age at Date of Valuation: | 30.55 | Years |
| Remaining Worklife Exp. at Date of Death: | 16.92 | Years[1] |
| Remaining Life Expectancy at Date of Death: | 52.23 | Years[2] |
| Projected Date at End of Worklife Expectancy: | 4/16/2030 | |
| Projected Date at End of Life Expectancy: | 8/7/2065 | |
| Projected Age at End of Worklife Expectancy: | 45.51 | Years of Age |
| Projected Age at End of Life Expectancy | 80.82 | Years of Age |

**Worklife Expectancy at Date of Death:[1]**
*(Initially Inactive: Labor Force Activity Status)*

| | Age | Calc. Weight | WLE Per Table | Weighted to Age of 28.59 |
|---|---|---|---|---|
| | 28 Years Old | 0.41 | 17.22 | 7.08 |
| | 29 Years Old | 0.59 | 16.71 | 9.84 |
| | Total | 1.00 | | **16.92** |

[1] Worklife expectancy as of age 28.59, from Skoog, Ciecka, and Kurt Krueger, The Markov Model of Labor Force Activity, Journal of Forensic Economics 22 (2), Worklife Expectancies for Females , of All Races, with No Diploma, No GED

**Life Expectancy at Date of Death:[2]**

| | Age | Calc. Weight | LE Per Table | Weighted to Age of 28.59 |
|---|---|---|---|---|
| | 28 Years Old | 0.41 | 52.80 | 21.72 |
| | 29 Years Old | 0.59 | 51.83 | 30.51 |
| | Total | 1.00 | | **52.23** |

[2] Life expectancy was interpolated from the Life Expectancy Tables issued by the Washington State Insurance Commissioner.



**Life Earnings Cycle**
**Females 25 years and older, All Races**
**9th to 12th Nongrad**
**Worked Full Time, Year Round**

*Source: Full-Time Earnings in the United States, Expectancy Data, 2012 Edition.*
  *Compiled from earnings data from American Community Survey, Public Use Microdata Samples, Bureau of the Census, Combined 2010 - 2012.*

| Age Earnings Profile Data | | |
|---|---|---|
| Age | Avg Age | Median Earnings, 2012$$ |
| 18 - 24 | 21 | $ 16,163 |
| 25 - 29 | 27 | $ 19,543 |
| 30 - 34 | 32 | $ 20,204 |
| 35 - 39 | 37 | $ 21,222 |
| 40 - 44 | 42 | $ 22,225 |
| 45 - 49 | 47 | $ 23,181 |
| 50 - 54 | 52 | $ 24,233 |
| 55 - 59 | 57 | $ 24,406 |
| 60 - 64 | 62 | $ 25,255 |

| Imputed Earnings (Using Formula at Right) | | |
|---|---|---|
| Age | | Earnings 2012$ |
| 23 | | $ 17,403 |
| 29 | | $ 19,268 |
| 36 | | $ 21,126 |
| 41 | | $ 22,243 |
| 50 | | $ 23,814 |
| 60 | | $ 24,897 |



$y = -3.493x^2 + 492.453x + 7,924.205$


CERTIFIED PUBLIC ACCOUNTANTS
& FORENSIC ECONOMISTS

**Consumer Expenditure Survey, 2007 - 2012**
**Adjusted to 2012 Dollar Values**
**Consumer units of one person by income before taxes**

*Source: Bureau of Labor Statistics, Consumer Expenditure Survey, Table 35, (2007 - 2008, 2008 - 2009, 2009 - 2010, 2010 - 2011, 2011 - 2012)*

Data As Given:  (Average Annual Expenditures less Pensions & Social Security)

| Income Bracket | | 2007 - 2008 | | | 2008 - 2009 | | | 2009 - 2010 | | | 2010 - 2011 | | | 2011 - 2012 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income From | Income To | Average Income Before Taxes | Average Annual Expenditures | Average % of Income Consumption | Average Income Before Taxes | Average Annual Expenditures | Average % of Income Consumption | Average Income Before Taxes | Average Annual Expenditures | Average % of Income Consumption | Average Income Before Taxes | Average Annual Expenditures | Average % of Income Consumption | Average Income Before Taxes | Average Annual Expenditures | Average % of Income Consumption |
| $      -    $ | 4,999 | $      732 $ | 16,458 | 2248.4% | $    1,689 $ | 16,404 | 971.2% | $      919 $ | 16,370 | 1781.3% | $    (484) $ | 18,412 | -3804.1% | $    (288) $ | 18,777 | -6519.8% |
| 5,000 | 9,999 | 8,063 | 15,061 | 186.8% | 8,045 | 15,457 | 192.1% | 8,014 | 15,111 | 188.6% | 7,991 | 15,576 | 194.9% | 8,025 | 15,918 | 198.4% |
| 10,000 | 14,999 | 12,603 | 17,977 | 142.6% | 12,538 | 18,251 | 145.6% | 12,528 | 17,937 | 143.2% | 12,581 | 17,217 | 136.8% | 12,640 | 17,211 | 136.2% |
| 15,000 | 19,999 | 17,191 | 21,506 | 125.1% | 17,362 | 21,680 | 124.9% | 17,341 | 21,140 | 121.9% | 17,320 | 21,803 | 125.9% | 17,356 | 22,391 | 129.0% |
| 20,000 | 29,999 | 24,643 | 24,648 | 100.0% | 24,543 | 24,761 | 100.9% | 24,524 | 23,862 | 97.3% | 24,544 | 24,769 | 100.9% | 24,515 | 26,107 | 106.5% |
| 30,000 | 39,999 | 34,255 | 28,315 | 82.7% | 34,334 | 29,095 | 84.7% | 34,430 | 28,941 | 84.1% | 34,421 | 29,431 | 85.5% | 34,413 | 29,909 | 86.9% |
| 40,000 | 49,999 | 44,124 | 32,510 | 73.7% | 44,178 | 31,490 | 71.3% | 44,367 | 31,482 | 71.0% | 44,420 | 32,211 | 72.5% | 44,326 | 31,536 | 71.1% |
| 50,000 | 69,999 | 58,296 | 39,630 | 68.0% | 58,013 | 38,132 | 65.7% | 58,066 | 38,453 | 66.2% | 58,269 | 38,662 | 66.4% | 58,151 | 38,785 | 66.7% |
| 70,000 | and over | 110,960 | 55,713 | 50.2% | 112,475 | 55,533 | 49.4% | 114,011 | 54,691 | 48.0% | 122,699 | 54,910 | 44.8% | 125,623 | 58,053 | 46.2% |

**Analysis**

| 2007 - 2008 | | | | 2008 - 2009 | | | | 2009 - 2010 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adjusted for 2012 | | | | Adjusted for 2012 | | | | Adjusted for 2012 | | | |
| Cumulative Growth Factor | Average Income Before Taxes | Average Annual Expenditures | Average % of Income Consumption | Cumulative Growth Factor | Average Income Before Taxes | Average Annual Expenditures | Average % of Income Consumption | Cumulative Growth Factor | Average Income Before Taxes | Average Annual Expenditures | Average % of Income Consumption |
| | $      837 $ | 18,521 | 2211.7% | | $    1,881 $ | 18,029 | 958.5% | | $      996 $ | 17,572 | 1763.8% |
| 1.144 | 9,224 | 16,949 | 183.7% | 1.114 | 8,959 | 16,989 | 189.6% | 1.084 | 8,688 | 16,221 | 186.7% |
| Income | 14,418 | 20,230 | 140.3% | Income | 13,963 | 20,059 | 143.7% | Income | 13,581 | 19,254 | 141.8% |
| | 19,666 | 24,202 | 123.1% | | 19,335 | 23,828 | 123.2% | | 18,799 | 22,692 | 120.7% |
| | 28,191 | 27,738 | 98.4% | | 27,331 | 27,214 | 99.6% | | 26,585 | 25,614 | 96.3% |
| 1.125 | 39,187 | 31,864 | 81.3% | 1.099 | 38,235 | 31,978 | 83.6% | 1.073 | 37,324 | 31,066 | 83.2% |
| Expenditures | 50,477 | 36,585 | 72.5% | Expenditures | 49,197 | 34,610 | 70.3% | Expenditures | 48,096 | 33,794 | 70.3% |
| | 66,690 | 44,598 | 66.9% | | 64,604 | 41,910 | 64.9% | | 62,947 | 41,276 | 65.6% |
| | 126,936 | 62,697 | 49.4% | | 125,254 | 61,035 | 48.7% | | 123,594 | 58,707 | 47.5% |

Income assumed to grow at average annual wage growth rate:
2.73%    *Attachment 12*

Expenditures assumed to grow at average inflation rate:
2.39%    *Attachment 13*

| 2010 - 2011 | | | | 2011 - 2012 | | | | 2007 - 2012 Averages | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Adjusted for 2012 | | | | Adjusted for 2012 | | | | Adjusted for 2012 | | |
| Cumulative Growth Factor | Average Income Before Taxes | Average Annual Expenditures | Average % of Income Consumption | Cumulative Growth Factor | Average Income Before Taxes | Average Annual Expenditures | Average % of Income Consumption | Average Income Before Taxes | Average Annual Expenditures | Average % of Income Consumption |
| | $      (511) $ | 19,303 | -3779.2% | | $      (296) $ | 19,226 | -6498.4% | | | |
| 1.055 | 8,433 | 16,329 | 193.6% | 1.027 | 8,244 | 16,298 | 197.7% | | | |
| Income | 13,276 | 18,050 | 136.0% | Income | 12,985 | 17,622 | 135.7% | | | |
| | 18,277 | 22,858 | 125.1% | | 17,829 | 22,926 | 128.6% | 18,781 | 23,301 | 124.1% |
| | 25,901 | 25,967 | 100.3% | | 25,183 | 26,731 | 106.1% | 26,638 | 26,653 | 100.1% |
| 1.048 | 36,324 | 30,855 | 84.9% | 1.024 | 35,351 | 30,624 | 86.6% | 37,284 | 31,277 | 83.9% |
| Expenditures | 46,876 | 33,769 | 72.0% | Expenditures | 45,535 | 32,290 | 70.9% | 48,036 | 34,210 | 71.2% |
| | 61,490 | 40,532 | 65.9% | | 59,737 | 39,712 | 66.5% | 63,094 | 41,606 | 65.9% |
| | 129,482 | 57,566 | 44.5% | | 129,049 | 59,440 | 46.1% | 126,863 | 59,889 | 47.2% |

- .5004
**Formula: y = 164.7975x**
(Attachment Attachment 11 , where x = Annual Income 2012 $$,
y = Annual Expenditures as % of Income)



**Average Annual Expenditures, By Consumer Units of One Person (2012 $$)**

**Attachment 11**

**Consumer Expenditure Survey, 2007 - 2012**

***Source: Attachment 10***

Average Annual Expenditures (% of Income)

140%
120%
100%
80%
60%
40%
20%
0%

$y = 164.7975x^{-0.5004}$

$R^2 = 0.9919$

- 20,000 40,000 60,000 80,000 100,000 120,000 140,000

Income Before Taxes (2012 $$)



**2003 - 2013**
**Average Weekly Earnings in Private Nonagricultural Industries**

*Source:  Economic Report of The President, Transmitted to The Congress March 2014*
*            Table B–15: Hours and earnings in private nonagricultural industries, 1970–2014*


Compound Growth Rate calculated as:
[(Ending Index ÷ Beginning Index) $^{(1 \div \text{Number of Growth Years})}$ ] - 1
Where number of growth years = 10

| Year | Current $$ |
|------|-----------|
| 2003 | 517.82 |
| 2004 | 528.89 |
| 2005 | 544.05 |
| 2006 | 567.39 |
| 2007 | 589.27 |
| 2008 | 607.53 |
| 2009 | 616.01 |
| 2010 | 636.25 |
| 2011 | 653.19 |
| 2012 | 665.82 |
| 2013 | 677.67 |
| **Compound Growth Rate =** | **2.73%** |



**Consumer Price Index - All Items**
**All Urban Consumers, U.S. City Average**
**2003 - 2013**

*Source:  U.S. Department of Labor, Bureau of Labor Statistics, CPI-U*
 *U.S. City average, 1982 - 84 = 100*
 *Series ID: CUUR0000SA0, CUUS0000SA0*

Compound Growth Rate calculated as:
[(Ending Index ÷ Beginning Index) $^{(1 \div \text{Number of Growth Years})}$ ] - 1
Where number of growth years = 10

| Year | Annual CPI |
|------|------------|
| 2003 | 184.0 |
| 2004 | 188.9 |
| 2005 | 195.3 |
| 2006 | 201.6 |
| 2007 | 207.3 |
| 2008 | 215.3 |
| 2009 | 214.5 |
| 2010 | 218.1 |
| 2011 | 224.9 |
| 2012 | 229.6 |
| 2013 | 233.0 |
| **Compound Growth Rate =** | **2.39%** |



# Tiered Treasury Discount Rate Analysis <span style="float:right">Attachment 14</span>

## Jenny Borelis
## Date of Death: May 16, 2013

**Assumptions:**

| | | |
|---|---|---|
| Date of Valuation | 5/1/2015 | |
| | | |
| 1 Yr. Discount Rate | 1.81% | *Attachment 15* |
| 3 Yr. Discount Rate | 2.23% | *Attachment 16* |
| 5 Yr. Discount Rate | 2.70% | *Attachment 17* |
| 7 Yr. Discount Rate | 3.10% | *Attachment 18* |
| 10 Yr. Discount Rate | 3.51% | *Attachment 19* |

| Year | Years After 2015<br>*Mid-Year Convention* | Discount Rate | PV Discount Factor |
|---|---|---|---|
| 2015 | 0.33 | 0.00% | 1.000 |
| 2016 | 1.17 | 1.81% | 0.979 |
| 2017 | 2.17 | 1.81% | 0.962 |
| 2018 | 3.17 | 2.23% | 0.932 |
| 2019 | 4.17 | 2.23% | 0.912 |
| 2020 | 5.17 | 2.70% | 0.871 |
| 2021 | 6.17 | 2.70% | 0.848 |
| 2022 | 7.17 | 3.10% | 0.803 |
| 2023 | 8.17 | 3.10% | 0.779 |
| 2024 | 9.17 | 3.10% | 0.756 |
| 2025 | 10.17 | 3.51% | 0.704 |
| 2026 | 11.17 | 3.51% | 0.680 |
| 2027 | 12.17 | 3.51% | 0.657 |
| 2028 | 13.17 | 3.51% | 0.635 |
| 2029 | 14.17 | 3.51% | 0.613 |
| 2030 | 15.17 | 3.51% | 0.593 |


MUELLER & PARTIN
CERTIFIED PUBLIC ACCOUNTANTS
& FORENSIC ECONOMISTS

**Average Investment Rate**
**Based on Yields of 1-Year Government Securities**
**2004 - 2013**

*Source:  Federal Reserve Bank website*

| Year | Rate |
|------|------|
| 2004 | 1.89% |
| 2005 | 3.62% |
| 2006 | 4.94% |
| 2007 | 4.53% |
| 2008 | 1.83% |
| 2009 | 0.47% |
| 2010 | 0.32% |
| 2011 | 0.18% |
| 2012 | 0.17% |
| 2013 | 0.13% |
| **Average =** | **1.81%** |



**Average Investment Rate**

**Based on Yields of 3-Year Government Securities**

**2004 - 2013**

*Source:  Federal Reserve Bank website*

| Year | Rate |
|------|------|
| 2004 | 2.78% |
| 2005 | 3.93% |
| 2006 | 4.77% |
| 2007 | 4.35% |
| 2008 | 2.24% |
| 2009 | 1.43% |
| 2010 | 1.11% |
| 2011 | 0.75% |
| 2012 | 0.38% |
| 2013 | 0.54% |
| **Average =** | **2.23%** |



**Average Investment Rate**
**Based on Yields of 5-Year Government Securities**
**2004 - 2013**

**Attachment 17**

*Source: Federal Reserve Bank website*

| Year | Rate |
|---|---|
| 2004 | 3.43% |
| 2005 | 4.05% |
| 2006 | 4.75% |
| 2007 | 4.43% |
| 2008 | 2.80% |
| 2009 | 2.20% |
| 2010 | 1.93% |
| 2011 | 1.52% |
| 2012 | 0.76% |
| 2013 | 1.17% |
| **Average =** | **2.70%** |



**Average Investment Rate**
**Based on Yields of 7-Year Government Securities**
**2004 - 2013**

*Source:  Federal Reserve Bank website*

| Year | Rate |
|------|------|
| 2004 | 3.87% |
| 2005 | 4.15% |
| 2006 | 4.76% |
| 2007 | 4.51% |
| 2008 | 3.17% |
| 2009 | 2.82% |
| 2010 | 2.62% |
| 2011 | 2.16% |
| 2012 | 1.22% |
| 2013 | 1.74% |
| **Average =** | **3.10%** |



MUELLER & PARTIN
CERTIFIED PUBLIC ACCOUNTANTS
& FORENSIC ECONOMISTS

**Average Investment Rate**
**Based on Yields of 10-Year Government Securities**
**2004 - 2013**

*Source: Federal Reserve Bank website*

| Year | Rate |
|------|------|
| 2004 | 4.27% |
| 2005 | 4.29% |
| 2006 | 4.80% |
| 2007 | 4.63% |
| 2008 | 3.66% |
| 2009 | 3.26% |
| 2010 | 3.22% |
| 2011 | 2.78% |
| 2012 | 1.80% |
| 2013 | 2.35% |
| **Average =** | **3.51%** |



# Blended Portfolio Discount Rate Analysis

## Jenny Borelis
## Date of Death: May 16, 2013

**Assumptions:**

| | | |
|---|---|---|
| Date of Valuation | 5/1/2015 | |
| Blended Portfolio Discount Rate | 6.09% | *Attachment 21* |

| Year | Years After 2015 | Discount Rate | PV Discount Factor |
|---|---|---|---|
| | *Mid-Year Convention* | | |
| 2015 | 0.33 | 0.00% | 1.000 |
| 2016 | 1.17 | 6.09% | 0.933 |
| 2017 | 2.17 | 6.09% | 0.880 |
| 2018 | 3.17 | 6.09% | 0.829 |
| 2019 | 4.17 | 6.09% | 0.781 |
| 2020 | 5.17 | 6.09% | 0.737 |
| 2021 | 6.17 | 6.09% | 0.694 |
| 2022 | 7.17 | 6.09% | 0.654 |
| 2023 | 8.17 | 6.09% | 0.617 |
| 2024 | 9.17 | 6.09% | 0.581 |
| 2025 | 10.17 | 6.09% | 0.548 |
| 2026 | 11.17 | 6.09% | 0.516 |
| 2027 | 12.17 | 6.09% | 0.487 |
| 2028 | 13.17 | 6.09% | 0.459 |
| 2029 | 14.17 | 6.09% | 0.432 |
| 2030 | 15.17 | 6.09% | 0.408 |



**Blended Long-Term Portfolio Discount Rate**

*Source:*   *Federal Reserve System, Rate of Interest on One-Year Constant Maturity Bonds, 2004-2013*
            *Federal Reserve System, Rate of Interest on Five-Year Constant Maturity Bonds, 2004-2013*
            *Federal Reserve System, Rate of Interest on AAA Corporate Bonds, 2004-2013*
            <u>*Ibbotson Associates: Stocks, Bonds, Bills and Inflation Classic Yearbook.*</u>
              *Morningstar, Inc., Chicago, IL, (2014 edition)*


Calculated from blended portfolio invested as follows:
  16.67%   ~   1-year Government securities, Constant maturity
  16.67%   ~   5-year Government securities, Constant maturity
  33.33%   ~   Long-term or Capital Market AAA Corporate Bonds
  33.33%   ~   S & P 500 Index Large Company Stocks, incl. Gains and Dividend Returns
                 (Compound Growth Rate)


<u>**Weighted Average Annual Return**</u>

|  |  |
|---|---|
| 1-year Government Securities (2004 - 2013) | 1.81% |
| 5-year Government Securities (2004 - 2013) | 2.70% |
| LT/Cap. Market AAA Corporate Bonds (2004 - 2013) | 5.04% |
| S & P 500 Index Fund (1973 - 2013) | 10.98% |
| **Weighted Average Return of Total Portfolio =** | **6.09%** |



# United States Historical Unemployment Rate
# Females, over age 25: Less Than a High School Diploma
# 2004 - 2013

*Source: U.S. Department of Labor - Bureau of Labor Statistics Series #LNU04027679*

| Year | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Annual Avg |
|------|-----|-----|-----|-----|-----|------|------|-----|------|-----|-----|-----|-----------|
| 2004 | 10.8% | 10.3% | 11.9% | 9.5% | 9.6% | 10.0% | 10.0% | 9.3% | 10.9% | 9.6% | 9.2% | 9.1% | 10.0% |
| 2005 | 9.6% | 10.0% | 10.5% | 9.2% | 9.1% | 8.2% | 10.6% | 9.7% | 10.5% | 9.5% | 9.9% | 9.6% | 9.7% |
| 2006 | 9.7% | 9.2% | 8.8% | 8.3% | 7.6% | 7.5% | 7.2% | 7.3% | 7.9% | 6.3% | 8.1% | 7.5% | 8.0% |
| 2007 | 7.9% | 6.9% | 7.8% | 8.4% | 7.4% | 7.5% | 8.6% | 8.1% | 8.6% | 8.4% | 9.9% | 9.1% | 8.2% |
| 2008 | 9.2% | 8.6% | 8.3% | 7.6% | 8.1% | 9.2% | 9.5% | 10.5% | 8.6% | 10.6% | 10.9% | 11.4% | 9.4% |
| 2009 | 13.9% | 13.3% | 14.6% | 13.9% | 13.4% | 14.8% | 14.6% | 14.7% | 14.2% | 14.7% | 14.3% | 13.7% | 14.2% |
| 2010 | 15.3% | 16.1% | 14.4% | 14.1% | 13.1% | 13.2% | 13.3% | 14.9% | 15.2% | 15.9% | 15.2% | 14.2% | 14.6% |
| 2011 | 15.8% | 15.4% | 14.5% | 13.9% | 14.2% | 13.8% | 15.5% | 15.9% | 14.3% | 14.7% | 14.2% | 15.6% | 14.8% |
| 2012 | 15.5% | 16.1% | 14.9% | 13.9% | 13.7% | 12.4% | 14.5% | 12.9% | 12.3% | 13.4% | 13.3% | 13.2% | 13.8% |
| 2013 | 13.6% | 13.7% | 13.3% | 12.4% | 13.0% | 12.9% | 14.3% | 12.9% | 11.5% | 11.0% | 11.7% | 11.5% | 12.7% |

**United States Average Unemployment Rate, 2004 - 2013 =** **11.5%**



**MUELLER & PARTIN**
M&P  CERTIFIED PUBLIC ACCOUNTANTS
& FORENSIC ECONOMISTS

# MUELLER* & PARTIN, PS, INC.

WASHINGTON FEDERAL CENTER  
400 108th AVENUE N.E., SUITE 615  
BELLEVUE, WASHINGTON 98004

**Certified Public Accountants**  
**Forensic Economists**

PHONE:        (425) 455-0303  
FACSIMILE:   (425) 455-5176  
EMAIL:partin@muellerpartin.com

*Gary E. Mueller - Retired

## WILLIAM E. PARTIN CPA/ABV/MAFF

Attachment 23

President  
Certified Public Accountant  
Accredited In Business Valuation  
Master Analyst in Financial Forensics

## EXPERIENCE:

October 1, 1984  
to Present

Mr. Partin formed the consulting and accounting firm of Mueller & Partin as a Partner on October 1, 1984. Mueller & Partin is a firm specializing in economic analysis, financial investigations and business valuations. Mr. Partin is the President of the firm, supervises all engagements, and provides expert testimony as required. Mr. Partin also serves as an appraiser and umpire in insurance disputes and as an arbitrator in commercial litigation involving complex financial and economic issues. Mr. Partin has been engaged as an expert to analyze over 3,000 damage claims over the past 30 years and has testified as an expert witness at trial in excess of 150 occasions over the course of his career. Mr. Partin has extensive experience with the following types of analysis:

- Business Valuations
- Patent Infringement
- Copyright/Trademark Infringement
- Breach of Contract
- Business Income Losses
- Construction Defect Claims
- Land Use/Permit Claims
- Construction Delay and Impact Analysis
- Property Losses
- Personal Injury

- Contract Surety
- Proof of Economic Motive
- RICO Investigations
- Antitrust

Mr. Partin has served as an expert witness and appraiser in a variety of situations involving tracing financial transactions, documentation of illegal income, and the valuation of businesses, property, and future earnings potential.

August 1976 to
October 1984

Laventhol & Horwath, Certified Public Accountants
Mr. Partin was the Manager and Department Head of the firm's Northwest Division of Management Advisory Services. As a consultant with an international firm, Mr. Partin's diversified experience included:

- Accounting problems in specialized areas,

- Valuation of income producing properties,

- Valuation of business enterprises for mergers and acquisitions,

- Financial projections for businesses in various industries,

- Market supply and demand analysis,

- Feasibility studies for large scale real estate developments,

- Analysis, evaluation and interpretation of the effect of business transactions and decisions as an expert witness in litigation matters ranging from major antitrust issues to small civil matters,

- Evaluation of organization structures and implementation of recommended structural reorganization in a variety of businesses in different industries.

June 1973 to
August 1976

> Weyerhaeuser Company, Wood Products Division
> At Weyerhaeuser, Mr. Partin was a participant in its Management
> Development Program.  He held various management positions in
> operations at lumber and plywood manufacturing facilities.

## GENERAL:

Mr. Partin has served as guest speaker for a variety of professional
associations, addressing topics covering insurance claims, business
valuation, income loss measurement and proof of damages in a
litigation setting.  In addition, he has contributed to the following
publications:

- Insurance Adjuster Magazine

- Seattle Claim Adjusters Newsletter

- Tacoma/Pierce County Claims Adjusters Newsletters

Mr. Partin was appointed to a three-year term to serve on the
American Institute of Certified Public Accountant's Management
Advisory Services Practice Standards and Administration
Committee.  The committee is responsible for the establishment of
quality standards for consulting engagements.  Such standards
govern the practice of the accounting profession.

## EDUCATION:

Washington State University
Bachelor of Arts, Major Economics, Minor Finance

Seattle University
Graduate studies in finance, accounting and economics

## CERTIFICATION:

Certified Public Accountant

American Society of Appraisers: Business Valuation Levels 1, 2, 3
& 4

Accredited in Business Valuation by the American Institute of
Certified Public Accountants

Master Analyst in Financial Forensics

## **ORGANIZATIONS:**

Washington Society of Certified Public Accountants

American Institute of Certified Public Accountants

National Association of Forensic Economists

American Society of Appraisers

# MUELLER* & PARTIN, PS, INC.

**Certified Public Accountants**
**Forensic Economists**

WASHINGTON FEDERAL CENTER
400 108th AVENUE N.E., SUITE 615
BELLEVUE, WASHINGTON 98004

PHONE:          (425) 455-0303
FACSIMILE:     (425) 455-5176
EMAIL:partin@muellerpartin.com

*Gary E. Mueller - Retired

William E. Partin C.P.A. is the President of the accounting firm of Mueller & Partin Certified Public Accountants where his practice is the economic analysis of damage claims in disputes involving personal injury, wrongful death, business income losses and business valuations.  Mr. Partin is a member of the American Institute of Certified Public Accountants, the National Association of Forensic Economists, the Washington Society of Certified Public Accountants and the American Society of Appraisers.  Mr. Partin has been qualified as an expert witness in the fields of economics, business valuation and accounting.  He has testified in numerous states regarding damage measurement issues. Mr. Partin has provided seminars to the insurance industry on measurement of economic damages as well as published articles concerning the framework for the measurement of business income losses.  He received his Bachelor's Degree in Business Administration. from Washington State University and has been practicing since 1976.

# MUELLER* & PARTIN, PS, INC.

**Certified Public Accountants**
**Forensic Economists**

WASHINGTON FEDERAL CENTER
400 108th AVENUE N.E., SUITE 615
BELLEVUE, WASHINGTON 98004

*Gary E. Mueller - Retired

PHONE:          (425) 455-0303
FACSIMILE:     (425) 455-5176
EMAIL:partin@muellerpartin.com

**Publications of William E. Partin:**

As a member of the MAS Practice Standards and Administration Subcommittee of the American Society of Certified Public Accountants, Mr. Partin was co-author of the following publications:

*"Comparing Attest and Management Advisory Services: A Guide For The Practitioner"*. *A Management Advisory Services Special Report* - American Institute of Certified Public Accountants, 1988.

*"Written Communication Of Results In MAS Engagements"*. *Management Advisory Services Practice Aids (3)* - American Institute of Certified Public Accountants, 1987.

*"Starting And Developing an MAS Practice"*. *Management Advisory Services Practice Aids (4)* - American Institute of Certified Public Accountants, 1988.

*"Communicating With Clients About MAS Engagement Understandings"*. *Management Advisory Services Practice Aids (5)* - American Institute of Certified Public Accountants, 1988.

Mr. Partin authored a series of articles published in <u>Insurance Adjuster</u> magazine, 1986. These articles dealt with measurement of business income losses.

Mr. Partin has also authored materials for numerous continuing education programs regarding business income loss and wrongful death loss measurement.

*"Wrongful Death : Consideration for the Computation of Economic Damages"*
*1996. – Mueller & Partin, LLP, CPA's*

# MUELLER* & PARTIN, PS, INC.

**Certified Public Accountants**
**Forensic Economists**

WASHINGTON FEDERAL CENTER
400 108th AVENUE N.E., SUITE 615
BELLEVUE, WASHINGTON 98004

*Gary E. Mueller - Retired

PHONE:         (425) 455-0303
FACSIMILE:   (425) 455-5176
EMAIL:partin@muellerpartin.com

## FEES & COSTS

Fees for our services are based up on our standard hourly billing rates. You will be billed for the actual time expended working on your project. Our fee is not contingent upon the outcome of possible settlement or litigation. Fees for our services are based upon the following hourly rate structure[1]:

|                     | 01/01/15 thru 12/31/15 |
|---------------------|------------------------|
| William Partin      | $ 375.00 per hour      |
| Associates          | $ 220.00 per hour      |
| Staff Accountants   | $  95.00 per hour      |
| Administration      | $  85.00 per hour      |

Out of pocket costs for travel, telephone, delivery, supplies and other necessary project expenses will be billed to you at our costs. Our services may be terminated at any time upon receipt of written notice to stop work and payment of all fees incurred to that point in time. You will be provided with an itemized statement on a monthly basis, payable within thirty days of the statement date. A fee of 1.5% per month (18% per year) is assessed upon all past due accounts. If for any reason the account is turned over to an attorney for collection, an additional charge of 33.33% of the balance due will be added to cover collection costs. Rates will be adjusted annually.

Please feel free to call with any questions that you may have regarding this letter.

William E. Partin, CPA/ABV

---

[1] Fees are adjusted at the end of every year.

MUELLER PARTIN, CERTIFIED PUBLIC ACCOUNTANTS FORENSIC ECONOMISTS, INC.

CASES FOR WHICH MR. WILLIAM E. PARTIN WAS DEPOSED OR TESTIFIED

| Case Name | CLAIM NO. | LEGAL CAUSE NO. | COURT | DISTRICT | CITY/ COUNTY | STATE |
|---|---|---|---|---|---|---|
| 1000 Virginia Ltd Partnership v. Schmidt, et al | | 02-2-24612-5SEA | Superior | | King | WA |
| Abney v. Seattle Freight | M27-053562 | | | | | |
| Abner, James v. Providence Health & ServiCes | | 2:13-cv-00521 | Federal | Western | Seattle | WA |
| Abreu-Field v Stevens | | 04-2-8-38094-4 SEA | Superior | | King | **Wa** |
| Ackerley v. Home Insurance | | 94-919-CIV-GRAHAM | US | Southern | | FL |
| Ackenhausen v. Elton, et al | | | Superior | | Jefferson | WA |
| Adams, Robert . Harrison Medical Center | | 12-2-30581-1 SEA | Superior | | King | WA |
| Afoa, Brandon v. Port of Seattle | | 09-2-06657-4 KNT | Superior | | King | WA |
| Albaugh v. Dotson | B110660 | | | | | |
| Albertsons v. AMEX | | 06-2-344988SEA | Superior | | King | WA |
| Aldridge v. Boatwright | | 93-2-00370-9 | | | | |
| Alef, Gail M.D. v.  Fujishima, et al | | 99-2-26509-2SEA | | | | |
| Aloha v. Boise Cascade | | | | | | |
| Aloha v. DaPaul (Manke) | | 94-2-03071-4 | Superior | | Thurston | WA |
| Aloha v. University of AK | | | | | | |
| Aloha v. Willis | | 92-2-450-6 | | | | |
| Alpharma NW, Inc. | | | | | | |
| Aman, Feysal v. Webb, Michael and Otieno, Diana | | 14-2-23837-1 SEA | Superior | | King | WA |
| America's Conservative Café v. Bennett, et al | | 01-2-05124-1 | Superior | | Pierce | WA |
| Amundson v. USA, US Dept. of Agriculture, Forest Service | | C03-03439-RSL | US | Western | Seattle | WA |
| Andemarian v. Morton | | | | | | |
| Anderson, Ellan and David v Var, Harmanjit & Northwest Fre | | 09-2-11736-5SEA | Superior | | King | WA |
| Angelina, Estate of Chalres & Braddock, Estate of Adam | | 2:10-cv-02460-RBS | US | Eastern | | PA |
| Armacost v. Cunningham | | 97-2-00223-3 | Superior | | Clallam | WA |
| ASF v. City of Seattle | | CV05-0903JLR | | | | |
| Ashbaugh, David v. Foundation Bank | | None - Private Arbitration | | | | |
| Ashley, Rosario & Benny: Quigley, Pilar & David, Merckx, Duffy v PFG Customized California | | 08-2-35879-8 KNT | Superior | | King | WA |
| Askervold v. Hattingh | | 05-2-37120-0 SEA | Superior | | King | WA |
| ATL Corporation & Davis, Bob (Principal) v City of Seattle | | C09-1240RSL | US | Western | Seattle | WA |
| Aultman v. Blystone | | 04-2-09306-4 | Superior | | Snohomish | WA |
| Barnum, Robert v State of Washington (WSDOT) | | 08-2-00350-9 | Superior | | King | WA |
| Basra, Surinderpal K. v. Neudorfer Engineers. Emory Philip | | 13-2-23639-7 SEA | Superior | | King | WA |
| Beck, et al v. The Boeing Company | | C00-0301P | | | | |
| Bader's v. Hearthside Baking | | C 94-726R | US | Western | | WA |
| Bahram Cohanim v. Aecon Group, Inc. | | 03-2-34870-8 SEA | US | Western | King | WA |
| Baker Williams, B. a minor; Williams, Kim & Baker-Williams, Cynthia as Guardians v. Sampson, Georgian | | 10-2-13217-1 SEA | Superior | | King | WA |
| Balfour Place | | | | | | |
| Barfuss, Chris A.  Sr. v. H. Graeme French, MD, et al | | 03-200274-5 | Superior | | Whitman | WA |
| Basra, Manminder Kaur v. State Farm; Tyndell | | 11-2-32963-1 | Superior | | King | WA |
| Bayne, the Estate of Kenneth C. & McClister Bayne, Jeanette v. Hayes, John & Lisa | | 10-2-01532-1 | Superior | | Kitsap | WA |
| BDD v. MJM Construction, et al | | 02-2-12112-8 SEA | Superior | | King | WA |
| Behnke et al v. Ahrens et al | | 06-2-31638-0SEA | Superior | | King | WA |
| Beilman-Stanley, Barbara | | 94-2-02905-9 | | | | |
| Bellevue Gardens, LLCD v RAFN Company, et al | | 05-2-11109-7 | Superior | | King | WA |
| Benjamin, Harriet L. | 473040232 | 91-68387 | | | | |
| Berg, The Estate of Brian v. Sherrod, Tyrone, Brown, T | | 11-2-10239-4 SEA | Superior | | King | WA |
| Berger v. Rognlin | | 04-2-755-7 | | | | |
| Besola v. Hinkhouse | | | | | | |
| Bethany v. Newland | | 75-110-00079-00 | | | | |
| Bethlehem v Scott Systems | | 08-2-00378-1 | Superior | | Chelan | WA |
| Bingham, Rodney v. City of Seattle; Yamane, Curtis | | 13-2-17191-1 SEA | Superior | | King | Wa |
| Binschus, Gillum, Lange, Radcliffe, Rose Estates, et al v. Skagit County; State of Washington, et al | | 11-2-08078-0 | Superior | | Snohomish | WA |

| Case Name | CLAIM NO. | LEGAL CAUSE NO. | COURT | DISTRICT | CITY/ COUNTY | STATE |
|---|---|---|---|---|---|---|
| Bismuth v. VCI & Saytam | | 01-2-26431-1SEA | Superior | | King | WA |
| Bjorkman, Jane v King County | | 11-2-30693-3 SEA | Superior | | King | WA |
| Black v. Sound Heating | 1770640 | | | | | |
| Blackpine v. Woodstoves, Inc | | 99-2-07028-1 | | | | |
| Blayden, Robert E. v. Elbert, Michael | 248 823 6980 | 08-2-35200-5 KNT | Superior | | King | WA |
| Boguch v. Wendy Lister & Windemere Realty | | 07-2-08195-0 | Superior | | King | WA |
| Boileau, Johnn v. Secreto, Sohng, Gregg | | 08-2-03736-3 SEA | Superior | | King | WA |
| Bostwick v. Ballard Marine | | 00-2-31211-3SEA | Superior | | King | WA |
| Brager, Natilie v. Porcelli | | | | | | |
| Bradley, Brock v. City of Everett | | 03-2-09766-5 | Superior | | Snohomish | WA |
| Brediger, Authur | 2487248078 SAW | | | | | |
| Brent Lindberg | 2486649292 | | | | | |
| Bricker, Deanna v. Little Rock Fire & Rescue & Thurston Co Fire Dept #11 | | 07-2-01556-3 | Superior | | Thurston | WA |
| Brill v. Pfizer | | 01-2-17632-3SEA | Superior | | King | WA |
| Bristol (The) at Southport v. Starline Windows, etc. | | 11-2-21741-8 | Superior | | King | WA |
| Brown v. Latitude Constructors | | 02-2-35906-0 SEA | Superior | | King | WA |
| Brown v. Reist / Simplex / Grinnell | | 04-2-02220-7 SEA | Superior | | King | WA |
| Brown, Kathy v Marilyn Marty | | 08-2-07758-4 | Superior | | | |
| Brown's Restaurant v Lynden Floor | 4501 2358 3015 | | | | | |
| Broyles, et al v. Holm & Thurston County | | | Superior | | Mason | WA |
| Budget Tank & Environmental Services v. Seattle Insurance Agency | | 11-2-27448-9 SEA | Superior | | King | WA |
| Buholm, Terry v. Thomas Dunnon | | 09-2-03463-8 | | | | |
| Bundrick v. Stewart | | | | | | |
| Burkenbine v. Cook | | 98-2-00884-6 | Superior | | Thurston | WA |
| Burkett v. Joe | | | | | | |
| Butler, Ethan v. Ethan v. Rutherford, Brian David; Lantz, Darryl | | 14-2-07974-1 | Superior | | Pierce | WA |
| Cadett v. Platt Electric | | 98-2-10876-2-SEA | | | | |
| Calence v. Dimension Data Holdings | | C06-0262RSm | US District | Western | Seattle | WA |
| Callahan, James | XSB80001688 | | | | | |
| Calahan v. Concrete Technology | | 97-2-08307-7 | Superior | | Snohomish | WA |
| Calnan v. Washington Mutual, et al | | 01-2-01336-1 | Superior | | Kitsap | WA |
| Calles v. Stewart | | 97-2-02497-6 | | | | |
| Campbell, Laura v. Antioch University & Manuelito-Kerkvliet | | CV09-1707-RSL | Federal | Western | | WA |
| Campeau v. JT Brown Trucking | | 95-2-0068-9 | | | | |
| Capital Savings v. Wagner | | | | | | |
| Caracoglia, Joseph v. Alpha Properties/UNITIRIN | | UIM Arbitration | | | | |
| Carpenter's Tower v. Lexington Insurance Company et al., | | 10-2-26175-3 SEA | Superior | | King | WA |
| Cascade Yarns, Inc. v. Knitting Fever, Inc. et al | | 2:10-cv-00861-RSM | Federal | Western | | WA |
| Cavanaugh v. Safeco | "21B931551672 | | | | | |
| CH/Waldron-Huete v. DSHS, et al. | | 04-2-00166-1 | Superior | | | WA |
| Chan, Christopher v. Rodgers, Heather | | 13-2-35553-1 SEA | Superior | | King | WA |
| Chandler, Estate of Chris v. Shea Erlandsen/ Fortier/ Aries | | 09-2-07972-1 | Superior | | Snohomish | WA |
| Chen, Xiao Ping at PR for Run Sen Lie & Yu Ting Liu v. City of Seattle & Walt Brown | | 07-2-30721-4 SEA | Superior | | King | WA |
| Cheswick Lane Condo. Association v. Wellington Cheswick, LLC | | 04-2-39429-5SEA | Superior | | King | WA |
| Cinko v. US Engines, Inc | | 02-2-04147-7 KNT | Superior | | Snohomish | WA |
| Clark, Jessie | | CV6-0025 | Federal | Western | | WA |
| Clausen, Dana v. Icicle Seafoods | | 08-2-03333-3 | Superior | | King | WA |
| Clay, McKenzie v Seattle School District | | 07-2-31322-2KNT | Superior | | King | WA |
| Cohen v. Issaquah | | 04-2-16433-8 | | | | |
| CollegeNET, Inc. v. ApplyYourself Corporation | | 02-CV-484-HU | | | | OR |
| CollegeNET, Inc. v. XAP Corporation | | 03-1229-BR | Federal | | | OR |

| Case Name | CLAIM NO. | LEGAL CAUSE NO. | COURT | DISTRICT | CITY/ COUNTY | STATE |
|---|---|---|---|---|---|---|
| Collins, Estate of Anthony v. Ballard Marine Construction | | 14-2-01596-8 SEA | Superior | | King | WA |
| Collins, Ron S. v. JC Penney | | | | | | |
| Connelly, Patrick - Estate of v. Snohomish County PUD | | 06-2-37337-5 SEA | Superior | | King | Wa |
| Connor, William v. City of Seattle | | 62563-1 | Appeals | | | WA |
| Connor v. Valley Medical/Schlitt/Greenman | | 02-2-30678-1SEA | Superior | | King | WA |
| Conant, Paula v. Lion Trucking; Finauga, Solomona | | 13-2-20183-6 | Superior | | King | WA |
| Constable v. Craig | | | | | | |
| Contemporary Service  Corp v Landmark Event Staffers Services & Grant Haskell | | 06-2-32584-2 SEA | | | | |
| Cook v. Ocean's Gold Seafoods | | C06-5562-FDB | District | Western | Pierce | WA |
| Corbitt, Estate of  v Experimental Aircraft Assoc | | 03-2-05008-1 | Superior | | Snohomish | WA |
| Corn, Ruth v. Les Schwab | | 6-2-28808-4 | Superior | | King | WA |
| Cornhusker Casualty v. O'Neill Plumbing | | C03-0315 | | Western | King | WA |
| Counts, Carolyn v. Muth, Valerie | | 08-2-42059-1 KNT | Superior | | King | WA |
| Crawford v. Allstate | 6771437131 2KW | | | | | |
| Crawford , Charles as PR for Chalyn Crawford v. Prosser Consolidated School Dist | | 09-2-01991-9 | Superior | | Benton | WA |
| Crosby v. Dept. of Corrections - WA State | | 05-2-02253-9 | Superior | | Thurston | WA |
| Crow, Amy v. Argosy Education | | | | | | |
| Cruz v. Mao; South Seattle Satellite Apts | | 04-2-28253-5KNT | Superior | | King | WA |
| Cummings v Lambert/Reef Trucking Ent | | 03-2-00332 5 | Superior | | Pierce | WA |
| Cunningham, Smith v GEICO | 035933792 0101 014 | | | | | |
| Currie v. Turner: Costco | | 92-2-13949-1 | | | | |
| Curtis Feedlot v. Animal Pharmaceuticals, Inc., et al | | 07-2-027156 | Superior | | Yakima | WA |
| DaPaul v. Aloha | | 92-2-00450-6 | Superior | | Grays Harbor | WA |
| DaPaul v. Willis | | 94-2-674-2 | Superior | | Grays Harbor | WA |
| Dawn Phillips v. Peekay, Inc | | 04-2-29281-6KNT | Superior | | King | WA |
| Davis Dissolution | | | | | | |
| Day  v.  Kleinwatcher | | | | | | |
| DeBerge v. City of Seattle | | 97-2-08434-2SEA | Superior | | King | WA |
| Decan v. Matalik | | 92-2-00273-9 | | | | |
| Deem v. USAA | | | | | | |
| Degel v. City of Seattle | | 04-2-14826-0 SEA | Superior | | King | WA |
| Delauney v. Asher & Partners | | | | | | |
| Dept. of L&I v. Wal-Mart Stores, Inc. | | 01-11050 | | | | WA |
| Desch, Estate of Christopher | | CLO8004429-00 | Circuit | | | VA |
| DGHI v. Pacific Cities | | | | | | |
| Diemond v. State Farm | 47-4082-251 | | | | | |
| Doherty, Shannon v. Wm. Sisson et al | | 08-2-05073-5 | | | | |
| Donlin, John L. v. Murphy, Jerry | | 09-2-04090-5 | Superior | | Snohomish | WA |
| Dungy, Charles v. Ocean Prowler | | 09-2-30333-9 SEA | Superior | | King | WA |
| Dunlop, Alex v. Safeco | 21D951830189 | 95-2-08432-8 | | | | |
| Durall, Don v. Royal Ins. | | | | | | |
| Dwyer v. Matson Navigation | | 05-2-33157-7 SEA | | | | |
| Dye Seed, Inc. v. Farmland Insurance Company | | 2:12-cv-00218 LRS | Federal | Eastern | Spokane | WA |
| Easly, Richard v Waterfront Shipping; Fresco Shipping S.A.; M/S Fleet Ship Management, Inc. | | 10-01167 RSL | Federal | Western | Seattle | WA |
| Edler v. Edler | | 05-3-01170-2 | | | | |
| Edwards v. Santiago | | 06-2-24579-2 SEA | | | | |
| E&E Connection v. Stew | | | | | | |
| Ellison, Katherine | | 05-2-0559-3 SEA | Superior | | King | WA |
| Elmer, Jean v. Rosman, Edward | 473119756 | 97-2-16713-2SEA | Superior | | King | WA |
| Encompass Teleservices v. Randall Scheets | | 04-cv-821-HU | US District | Distr 9 | Multnomah | OR |
| Endicott, Justin v. Icicle seafoods | | 06-2-03016-8 | Superior | | King | WA |
| Ennen, Nicholas v Perryman, James | | 11-2-01275-8 | Superior | | Whatcom | WA |

| Case Name | CLAIM NO. | LEGAL CAUSE NO. | COURT | DISTRICT | CITY/ COUNTY | STATE |
|---|---|---|---|---|---|---|
| Estate of Earl S. King v. Estate of Roland J. Cherrier | | 3AN-96-02959 Civ. | Superior | 3rd Judicial | | AK |
| Erwin v. Muller | | 98-2-182-0 | | | | |
| Esparza, Cipriano & Dominga v. Judity Clark | | 08-2-00612-2 | Superior | | Yakima | WA |
| Esplanade CondominiumAssociation v AFE Spinnaker, LLC | | 08-2-41943-6 SEA | Superior | | King | WA |
| Evans, Suzan; Estate of Bret Evans v. West Isle Air / Estate of Michael J. Laird | | 03-2-11539-3 | Superior | | Pierce | WA |
| Everett Inn (Kim) v. Center Park | | | | | | |
| Evergreen Crane Services v Max & Una Ford | | | | | | |
| Excel Rotomold | 57348440 QG | | | | | |
| Fabre, Steve; Point Defiance Café and Casino, LLC v. Town of Ruston | | 10-2-15634-3 | Superior | | Pierce | WA |
| Fenton v. Allstate | 2712770235 WSO | | | | | |
| FHCRC v. Marine Center | | 92-2-23469-6 | | | | |
| City of Fife v Benskin | | 03-2-11971-2 | Superior | | Pierce | WA |
| Finchen, Michael v. F/V Lady Jessie | | C04-1285RSM | District | | Western | WA |
| S. Fiorito/ Race Track LLC v. J.D. & Barbara Fiorito | | 03-2-33450-2SEA | Superior | | King | WA |
| Fiorito v. Fiorito | | | | | | |
| Fireman v. City of Seattle | | | | | | |
| Fitzsimmons v. Video Update | | 97-2-01865-6 | Superior | | Whatcom | WA |
| Flashpoint Ventures LLC v. Activated Matrix Partners LLC et al. | | 06-2-09476-0 SEA | Superior | | King | WA |
| Ford v. Quality Express & Stites | | 04-2-40790-7KNT | Superior | | King | WA |
| Foster v. RGCC | | 93-2-18203-1 | | | King | WA |
| Foth, Molly  v. Dr. Paul  Jones | |  08-02-04957-9 | | | | |
| Foxwood at Lakeland Condominium Association v. Foxwood LLC | | 05-2-08501-6 | | | | |
| Francis, Estate of Vanna K; Scroggins,  Estate of Scroggins, Ronald L.v. USA; Bureau of Indian Affairs; Dept. of the Interior; Clallam County, Kalama, Sela; Wells, Sandra | | C10-5056-RBL | Federal | | Western | WA |
| French, Dorothy v. Sodexho, Inc. | | 04-2272P | | | | |
| French, Hailey v. Whatcom County & State of Washington | | 08-2-00530-8 | Superior | | Skagit | WA |
| Frisino v. Seattle Schools | | 08-2-04839-0 | Superior | | King | WA |
| Frisino v. Seattle Schools | | 08-2-04839-0 | Superior | | King | WA |
| Fu v. Clyde Hill | GC000664 | C96-944JC | District | Western | | WA |
| Fulton v. Lyle & Stewart | | 03-2-04233-5 | Superior | | Clark | WA |
| Fualaau v. Highline School District | | 00-208282-7 KNT | Superior | | King | WA |
| Gallatin Group | | | | | | |
| Gateway Outlet Center Incet al v. Kelly & Associates, P.S. | | 04-2-03846-4 SEA | Superior | | King | WA |
| Gay, Cecilia v. Argosy Education Group | | JAMS No. 160019831 | | | | |
| Gearin v. McMillan | 474212749 | 03-2-13022-1 | | | | |
| Gebru, Aragash v. Burstein, Paul and Burstein, Florence Katz | | | | | | |
| Geil v. LME, Inc. | | | | | | |
| Giffith v. Target | | | | | | |
| Gilbert v. Circuit City | | 01-2-33210-4 KNT | Superior | | King | WA |
| Gilman v Majestic Log Homes, et al | | 04-2-01257-2 | Superior | | Kitsap | WA |
| Girard, Bethany ( a minor child); Larry & Lynn Girard  v State of Washington; Bender, Mayme: Tina Byrd as GL for Marriah Byrd v Bender, Mayme | | 09-2-00690-4 | Superior | | Cowlitz | WA |
| Girouard v. Copperfield Apartments | | | | | | |
| Goldberg v. Goldberg | | 98-2-85-2 / 97-4-195-5 | | | | |
| Gottleib, Samuel:Gottleib Colleen; Gottlieb Issaquah Highlands 93 v. Sacotte, Joseph; Sacott Midori; Sacotte Higlands 93 | | JAMS No. 160018231 | | | | |
| Grace, Cynthia v. Art Institute of Seattle | | 09-2-20430-6 SEA | Superior | | King | WA |
| Gregoire v. City of Oak Harbor | | 02-2-00360-0 | | | Island | WA |

| Case Name | CLAIM NO. | LEGAL CAUSE NO. | COURT | DISTRICT | CITY/ COUNTY | STATE |
|---|---|---|---|---|---|---|
| Gregory v. AA Trucking | | 92-2-00852-4 | | | | |
| Grieve, Diane M. v. McCoy | | 08-2-01864-7 | | | Skagit | WA |
| Gu v. Griswold | | 06-2-34681-5 SEA | | | King | WA |
| Guite, Jeffery v Manhattan Plaza | | 04-2-14282-2KNT | | | King | WA |
| Haaland, Genevieve v Central Washington Hospital, et al | | 12-2-01380-9 | | | Grant | WA |
| Hale, R.L. v. Snoh. Co. | | 91-2-10550-2 | | | | |
| Hamlin v. State Farm | 47-4336-444 | | | | | |
| Hammond v. Cascade Fresh | | | | | | |
| Hansen v. Kent PD | GC001160 | 92-2-16406-0KNT | Superior | | King | WA |
| Hansen, Duane v. McKlusky & Geico | | 00-2-19522-2SEA | Superior | | King | WA |
| Harris v. Iseminger | | 06-2-00544-3 | Superior | | Chelan | WA |
| Harrison v. Source Services / Romac | | 98-2-05985-1SEA | Superior | | King | WA |
| Hart v. Brown | | 05-4-04788-5 SEA | Superior | | King | WA |
| Hartford Ins. v. Vinson Bros | CV02-1810 | | | | | |
| Hatch, Kenneth v. Rainier Group Invest. | | Arbitration | | | | |
| Haworth, Scott v City of Kent, Kuzmych, Nataliya and Juri | | 08-2-24286-2 KNT | Superior | | King | WA |
| Hayden, Sylvia v. Pemco | | | | | | |
| Hayes v. Collinson | | 03-2-28320-7 SEA | Superior | | King | WA |
| Hayes, Velma v. Washington | | 07-2-30326-2 SEA | Superior | | King | WA |
| Hedges v. McPhearson | | | | | | |
| Heddlesten, Charles J. v Simpkins, Calvin | 47-4760-205 | 10-2-06406-6 | Superior | | Pierce | WA |
| Hemenway v. Tukwila | | | | | | |
| Henderson v. Mack | | 01-2-34296-7 SEA | Superior | | King | WA |
| Hertog, John as G.A.L. for BFJ, SRJ, & SMJ v. State of Washington, et al | | 10-2-07036-1 | Superior | | Snohomish | WA |
| Hess, Estate of Donald and Hannelore (Veronica) | | 37-2010-00104069-CU-PO-C | Superior | | San Diego | CA |
| Hicks v. Slattery | | | | | | |
| Hindorf v. Scott | | 06-2-25146-6 SEA | Superior | | King | WA |
| Hingst v. Ryzex Re-Marketing | | | | | | |
| Hinson, Charles & Janice v. ICE-AM; Art & Andrea O'Brien | 07-2-30717-6 | 07-2-30717-6 | Superior | | King | WA |
| Hicks, Susan and Danny v. U.S.A. | | 2:14-cv-00265 | Federal | Western | | WA |
| Hodges v. Tritz | | 97-2-22084-0SEA | | | | |
| Hofseth, Thomas v. Premeir Pacific Seafood/ SS OCEAN PHOENIX | | 14-2-10808-7 SEA | Superior | | King | WA |
| Hofstetter, Katti v City of Bellingham | | 07-2-02810-9 | Superior | | Whatcom | WA |
| Hon's v. King County | | 92-2-23360-6 | Superior | | King | WA |
| Hor, Channary v. The City of Seattle, Aaron Grant, Adam Thorp, & Omar Tamman | | 10-2-34403-9 SEA | Superior | | King | WA |
| Horner's v. AAA | 888880 | | | | | |
| Houston, Estate of Brenda; Crews, Estate of Samantha v Avco Corporation | | 10-2-26593-7 SEA | Superior | | King | WA |
| Hoyt, Sunni v. DSHS | | 10-2-03304-5 | Superior | | Clark | WA |
| Huckins, Clinton v. George Michael Diede & City of Puyallup | | 08-2-08740-4 | Superior | | Pierce | WA |
| Hunt v. McArdel, Sroufe & Continental Supply Corp. | | 02-2-16450-1SEA | Superior | | King | WA |
| Hutmacher v. Brigham, et al | | 00-2-06321-1SEA | | | King | WA |
| Ianuzzi v. Sears Roebuck & Company | | 02-2-00470-6 | Superior | | | |
| Illinois Toolworks & Steffan Datentechnik GMBH v. Seattle Safety | | 2:07-cv-02061-JLR | US Distr. | Western | King | WA |
| Inks, Richard v. Mutual of Enumclaw | | 40000017704 | UIM Arbitration | | | |
| IntraCorp ( Western & Clay ) v. Swinerton Builders | | | | | | |
| Irving v. Thayne | 47911304283 | 98-2-05238-5 | Superior | | San Juan | WA |
| Isherwood v. W. America | | 99-0280-EFS | | | | |
| Jarbo v. Schuhart Corporation | | 09-2-31112-9 SEA | Superior | | King | WA |
| Jatho, Jerry v. Home Depot U.S.A. a/k/a The Home Depot #8 | | 3AN-09-12508 | Superior | | Anchorage | AK |
| Jansen v Clallam County | | 08-2-01362-3 | Superior | | Thurston | WA |

| Case Name | CLAIM NO. | LEGAL CAUSE NO. | COURT | DISTRICT | CITY/ COUNTY | STATE |
|---|---|---|---|---|---|---|
| Jensen / Johnson v. Aversano | | 98-2-11695-1SEA | Superior | | King | WA |
| Jensen, Jane v. Pemco | | | | | | |
| Jerry Petersen v. Ray S. Pollari and Goldberg & Jones | | 06-2-31822-6 SEA | Superior | | King | WA |
| Johnson v. Metal Benders | | 02-2-04947-3 | Superior | | | WA |
| Johnson, Brian v. Lahlou Mohamed; A-1 Best Computers | | 11-2-27063-7 | Superior | | King | WA |
| Johnson, Johnny v. Washington State Parks and Recreation Commission | | 11-2-31129-5 SEA | Superior | | King | WA |
| Johnson, Kelby v. Miles, Richard | | 11-2-02185-6 | Superior | | Snohomish | WA |
| Johnson, Teri v. Overlake Hospital Medical Center et al. | | 12-2-17639-6 SEA | Superior | | King | WA |
| Jones, Hannah v. Regency Pacific | | 10-2-21303-1 KNT | Superior | | King | WA |
| Jones, Mark v. City of Seattle / Seattle Fire Dept. | | 06-2-39861-1 SEA | | | King | WA |
| Jones v. Simmons | | | | | | |
| Jorgensen v. Christianson | | 93-2-04236-0 | Superior | | Snohomish | WA |
| J.R.T. Nurseries Inc., et al v. Sun Gro Horticulture Distribution, Inc., et al | | 1002.02929 | Circuit | | Multnomah | OR |
| Jungaro v. Grange | | | | | | |
| Kaiser Aluminum Washington LLC v. Team Industrial Services Inc. | | 12-2-01468-4 | Superior | | Spokane | WA |
| Kauri v. City of Seattle | | 91-2-10975-3 | Superior | | King | WA |
| Kelly v. Helicopter Services & Instruction | | ESX-I-7390-3 | Superior | | Essex | NJ |
| Kembel v. City of Kent | | 03-2-24712-0KNT | Superior | | King | WA |
| Kendall v. Pediatric Specialty Care | | 00-2-09905-9 | Superior | | Pierce | WA |
| Kent v. SDM Properties | 949652106 | 94-2-12465-0 | Superior | | King | WA |
| Kettwig v. Kreig | | | | | | |
| Kevin Locke v. City of Seattle | | 02-2-07237-2SEA | Superior | | King | WA |
| Key Bank Nat'l Assoc. v. American Power | | 04-2-06978-1 | | | | |
| Kim, Jin Young Estate v. Kim, Sung Ho; Oh, Sandra | | 13-2-33515-8 SEA | Superior | | King | WA |
| King County v. Federal, et al. | | C94-1751 | US | Western | King | WA |
| Kirking, Katherine v. Mid-Century Insurance | | 2:14-CV-01103-JLR | US | Western | Seattle | WA |
| Kirkland Plaza, et al v. Best Plumbing & Heating, Inc, et al | | 02-2-08332-2 SEA | Superior | | King | WA |
| Knapp-Shover, Emma v. Corliss Resources et al. | | 09-2-29599-9KNt | | | King | WA |
| Knight v SK Foods | | 09-2-04805-9 | Superior | | Pierce | WA |
| Kohfeld v. United Pacific | | 91-2-24892-3 | | | | |
| Kolasinski, Dale v Catholic Archdiocese  / St. Joseph's P | | 09-2-42850-6 SEA | Superior | | King | WA |
| Kuck v. Pruett | 89990A | | | 9th Judicial | Fremont | WY |
| Kuretich v. Ross | | 92-2-00872-2 | | | | |
| Kuzmick, Nicholas  v. Jed Goldberg | | 06-2-13949-1 | Superior | | King | WA |
| Ladyka, Sharon v. Group Health et al | | 08-2-14541-7 SEA | Superior | | King | WA |
| Lafferty v. Edmonds Family Medicine | | 01-2-09790-1 | Superior | | Snohomish | WA |
| Laghaeian v. Gorey | | | | | | |
| LaHaye; Estate of Peter LaHaye | | | | | | |
| Lamb Weston v. Heat & Control | | | | | | |
| Larson, Nicholas | 302492 | | | | | |
| Larson v. Jacoby | | 03-2-07635-8 | Superior | | Snohomish | WA |
| Laurel Park v Cityof Tumwater | | 3:09-cv-05312-BHS | US | Western | | |
| Lavick, Estate of Gloria v. Premier Product Management, et al | | 09-2-40314-7 KNT | Superior | | King | WA |
| Larwick, Estate of Brent v. Emcor Facilities | | 10-2-07369-3 | Superior | | Pierce | WA |
| Laymon v. Cowlitz Fire & Rescue | | 08-2-00953-1 | Superior | | Cowlitz | WA |
| Le, Vienna v. Hoa Nguyen | | | | | | |
| Lee, Yoseb , Dachasa, Meselech, et al. v State of Washington, et al | | 10-2-07418-0SEA | Superior | | King | WA |
| Leinbach, Daniel v. Talantuli, Ayaz | | 11-2-42700-5 SEA | Superior | | King | WA |
| Leornardson/Bench | | | | | | PA |
| Lindell v. City of Mercer Island | | CV 08-1827 | US | Western | | |
| Logerwell v. Nelson | 21B912662002 | | | | | |

| Case Name | CLAIM NO. | LEGAL CAUSE NO. | COURT | DISTRICT | CITY/ COUNTY | STATE |
|---|---|---|---|---|---|---|
| Lopez v. Union Pacific Railroad | | C00-0311 | US | Western | | WA |
| Loop, Susan v. Infrastructure Systems et al | | 08-2-05256-5 | Superior | | Snohomish | WA |
| Lord v Argentina Consolidated Mining Company et al | | A486480 | Superior | | Clark | NV |
| Lutch v. LaFluer | 251452 | | | | | |
| Lynch v. Karr Tuttle | | 08-2-11583-6 SEA | | | King | WA |
| Lynx Iron Corp.  v Karr Tuttle Campbell | | 07-2-34288 SEA | Superior | | King | WA |
| M.I., LLC v. Redman | | 98-6239-HO | US | Oregon | | OR |
| MacMillan v. MacMillan | | | | | | |
| Macri v. Clark | | | | | | |
| Macri v. King County | | C94305Z | US | Western | | WA |
| Madison Ridge Office Building v. East Madison Ridge Development | | 10-2-13940-1 SEA | Superior | | King | WA |
| Maislen, Maislen v. Associated Materials | | 08-22285-3 SEA | Superior | | King | WA |
| Malbco Holdings LLC v. AMCO Insur. Co. & WAUSAU Insur. Co. | | 07-2-04878-7 | Superior | | Spokane | WA |
| Mandt, Kristi  v. Safeco | 21A011073897 | | | | | |
| Manlove v. Harris | | 98-2-05180-9SEA | Superior | | King | WA |
| Mann v. Whitney | | | | | | |
| Mansfield v. Zheng | | 06-2-20434-4 SEA | Superior | | King | WA |
| Mark Arstein, LLC v. Animal Pharmaceuticals, Inc., et al | | 06-2-3010-8 | Superior | | Yakima | WA |
| Marshall v. Cushman | | | | | | |
| Martin, Estate of Kristopher v. Habeeb, Daniel & Polakoff, Robert | | 12-2-11109-0 SEA | Superior | | King | WA |
| Martinez, Estate of Gilberto Gonzales v. Mirikeen Homes, et al. | | 13-2-32583-7 SEA | Superior | | King | WA |
| Marvin Schlotfeldt v. Goulds Pumps et al | | 07-2-12398-9 SEA | | | | WA |
| Matelich v. Branson | | | | | | |
| Mather v. Sterns | | 00-2-3312-5 KNT | | | | |
| Maxwell v. Katherine Ellison | | 05-2-05569-3SEA | Superior | | King | WA |
| Mayther v. White | | 04-2-13224-8 | Superior | | Snohomish | WA |
| Maytown Sand & Gravel, LLC v. Thurston County; Port of Tacoma. | | 11-2-00395-5 | Superior | | Lewis | WA |
| McCallum Envelope | | | | | | |
| McCormick, John v. True Green; Lagerwey | | 10-2-00609-1 | Superior | | Whatcom | WA |
| McCoy v. State of WA (WSLCB) | | 00-2-20990-8 SEA | Superior | | King | WA |
| McDonald v. English | | | | | | |
| McDowell  v. Herbalife International | | C00-2011 | US | Western | | WA |
| McIntyre v. State of Washington (WSP) | | 04-2-06179-8 | Superior | | Pierce | WA |
| McKibben, Phillip, et al v. Christianson, Leroy, et al. | | 10-2-27795-1 SEA | Superior | | King | WA |
| McLain v. Frantz & State of Washington | 473134052 | | | | | |
| McNabb, Darrell | | | | | | |
| McQuigg, Gerald E. v. Swistak, Michael A, MD | | 14-2-14815-1 KNT | Superior | | King | WA |
| Meyer, Donald v City of Seattle | | 09-2-45545-7 SEA | Superior | | King | WA |
| Michael Bennett v. Silvertree  Construction | | 07-2-20671-0 SEA | | | | |
| Mikels, Lorrel v. Northwest Commercial Improvements, Inc.: Kolln Jason | | 10-2-0297-0 | Superior | | Snohomish | WA |
| Miller / Murray v. Texaco | | 96-2-26323-3SEA | Superior | | King | WA |
| Miller v.  Mt Baker | | 08-2-01591-9 | Superior | | King | WA |
| Miller v. NW Grounds Maint. & Vasquez | | 02-2-08813-9SEA | Superior | | King | WA |
| Miller, Todd v. American Family Insurance UIM | 331-041779 | | | | | |
| Milette, Daniel  v. MAPSCO, et al | | N/A | | | | |
| Milligan v. Jensen | 470063786 | 95-2-14619-8 | | | | |
| Mission Springs v. City of Spokane | | | | | | |
| Molinas, Jacqueline | | | | | | |
| Monk v. King County , Cities of Auburn & Kent | | 02-2-13216-2 KNT | | | | |

| Case Name | CLAIM NO. | LEGAL CAUSE NO. | COURT | DISTRICT | CITY/ COUNTY | STATE |
|---|---|---|---|---|---|---|
| Moody, Brent; Johnson, James, Salveson, Jeromy; 21st Century Tanning Inc.;SAL, Inc., KS & JS Inc., v. Desert Sun Franchising, Palm Beach Tan, Inc. Peshtaz; Rees | | 10-2-25582-6 SEA | Superior | | King | WA |
| Moore v. King County | | C 05-0442 JLR | | | | |
| Moore, Lisabeth as PR for Hart, Estate of Daniel  v. Raytheon Company & Raytheon Aircraft Company | | N09C-12-010 MMJ | Superior | | New Castle | DE |
| Moore, Muriel v. Sheraton | 0602NB249504T473 | | | | | |
| Moore, William R. v. Safeco - UIM Arbitration | 808913163015 | | | | Seattle | WA |
| Morehouse-Hidalgo v. Adriane Aiken | | 08-2-09870-2SEA | Superior | | King | WA |
| Morgan v. Yang | | 02-2-26432-8 SEA | Superior | | King | WA |
| Morse v. State of Washington | | 03-2-00385-2 | Superior | | Mason | WA |
| Mount v. Volume Shoe | | | | | | |
| Mountain Cold Storage | | 93-2-02400-8 | Superior | | Pierce | WA |
| Mountain View Meats | TJ 4189 | | | | | |
| Morgan, Ronald v. Discover Casualty Ins. | | | | | | |
| Murphy, Martin v. Encompass Insurance Compny | Z(9 0215873NP | | | | | |
| Nelson v. Swedish Hospital | A5-006824 | 97-2-03241-5SEA | Superior | | King | WA |
| Nelson, David P. Jr.  v. Metropolitan Contracting, LLC; Ledcor et al. | | 10-2-15820-1SEA | Superior | | King | WA |
| Neus, Craig Scott v.Crowley Maritime Corp. & Marine Services | | 1JU-13-559 | Superior | | Juneau | AL |
| New Horizon Christian Ctr v. AHR Engineer | | | | | | |
| Newman, Michele v. Costco | | 06-28574-3 SEA | Superior | | King | WA |
| Next Sentry | | | | | | |
| Ng, Jerry v. Swedish Health Services, | | 13-2-36575-8 SEA | Superior | | King | WA |
| Ni Zhou Yue v.  Que Di Di & Susan Luong | | 07-2-07117-8 | Superior | | Kitsap | WA |
| Nolana Bell v. Dr. Walter Rotkis | | 03-2-25610-2SEA | Superior | | King | WA |
| Norquest | | | | | | |
| North, James Kevin v. Fluke Biomedical, et al | | 12-2-11578-8 SEA | | | King | WA |
| North, Margaret  v Approved Turbo Components | | 6:08-cv-2020-Orl-31DAB | US District | Middle | | Florida |
| Nouri v. The Boeing Company | | C99-1227L | US | Western | | WA |
| NPIC v. ICW | | | | | | |
| NW Coinstamp | | 92-2-09596-1 | Superior | | King | WA |
| O'Brien, Patrick; Surburban Air Freight, Inc. et al. v. Cessna Aircraft , Goodrich Corp. et al. | | CI 10-9381159 | Superior | | Douglas | NE |
| O'Donnell, Martin v. Bungie, Inc. and Ryan, Harold | | 14-2-19913-9 SEA | Superior | | King | WA |
| Oldja, Ted v Warm Beach Christian Camp | | 2:09-cv-00122-JCC | US District | Western | | WA |
| Olney v. Les Schwab Tires | 973166363L | 95-2-25151-0SEA | Superior | | King | WA |
| Olsen v. Merit Mechanical | | | | | | |
| OPAS v. Trend Target | | 96-2-21143-5 SEA | Superior | | King | WA |
| Ostini v. PFM, Inc. | 4383140701 | 97-2-01796-1 | Superior | | Snohomish | WA |
| Otoski, Estate of Dr. Richard E., et al v. Avidyne Corporation, et al | | 3:09-cv-03041-PLK | US District | Oregon | | OR |
| Otterby v. Tibbetts | | | | | | |
| Overton, Estate of Donald v. State of Washington et al. | | 10-2-01380-3 | Superior | | Thurston | WA |
| Oxford Cheese | | | | | | |
| Pacific Coast Feathers v. Diversy Lever | 10824077 | | | | | |
| Pang v. City of Seattle | | | | | | |
| Peacock, Rachael (Estate of Scott Jernaigan)   v. Jason Frost | | 05-2-08104-0 SEA | Superior | | King | WA |
| Pedraza, Rodrigo Rolorio v. Lakeland Evergreen LLC | | 05-2-08576-20KNT | Superior | | King | WA |
| Peekay, Inc v. City of Lacey, et al | | C02-5261 RSM | US District | Western | | WA |
| Palekha v. Otto | | 03-2-12874-9 | | | | |
| Peckham, Estate of Dale v. USA Federa Aviation Admininstration | | 1:09-cv-0038 | US District | Western | | IA |
| Pelletier v. Tweahaus | | 05-2-38978-8 KNT | Superior | | King | WA |

| Case Name | CLAIM NO. | LEGAL CAUSE NO. | COURT | DISTRICT | CITY/ COUNTY | STATE |
|---|---|---|---|---|---|---|
| Pemberton Creek Condominiums Association v. Bjorn G. Olson Building | | 07-2-05228-9 | Superior | | King | WA |
| Peterman | | | | | | |
| Peterson v. Finazzo | | 05-2-41324-7KNT | Superior | | King | WA |
| Phan, Vinh v. O'Hara Corporation | | 09-2-07978-1 SEA | Superior | | King | WA |
| Phillips v. New Hampshire | | A98-363 CIV | US | | | AK |
| Pleasant v. Group Health | | | | | | |
| Ponce, Estate of Jacob v. The Mountaineers | | 12-2-16394-4 SEA | Superior | | King | WA |
| Poshtkouhi v. Continental Western Group | | 06-2-0682-7 | Superior | | Pierce | WA |
| Powers v. Awad | | | | | | |
| Perkins v. Blado | | 03-2-06415-2 | Superior | | Pierce | WA |
| Perez-Melgos, Mercedes v. State of Washington | | 13-2-36617-7 SEA | Superior | | King | WA |
| Prium Companies v. Spokane Rock I, LLC | | Arbitration | JAMS | | | WA |
| Pro Rec Sports Club Assoc. v. Baugh Const | | | | | | |
| Prosises v. Spear | | | | | | |
| Pryde Johnson Greenlake (Curt & Fawn Pyrde) adv. Union Bank | | 10-2-08028-7SEA | Superior | | King | WA |
| Raju Dahlstrom v. State of Washington | | 05-2-42219-0SEA | Superior | | King | WA |
| Rauch, Norman v. Bechtel & ALCOA, Inc., et al | | 09-2-15492-4 | Superior | | Pierce | WA |
| Read, Jo Hanna as GAL for T.T. v. State of Washington | | 12-2-03999-1 | Superior | | Snohomish | WA |
| Reed v. IMO | | 06-2-11270-4 | | | | |
| Regency Ridge | | 97-2-25512-1SEA | Superior | | King | WA |
| Rem Tech v. Fireman's Fund | | 05-cv-00087-LRS | District | Eastern | | WA |
| Rekhter v. State of Washington | | 10-2-01380-3 | Superior | | Thurston | WA |
| Residential Invest Partners v. SC Visions | | 03-2-04996-2 | Superior | | Snohomish | WA |
| Ridge Development v Thiel Chism | | 02-2-01314-4 | Superior | | Thurston | WA |
| Rival v. Reef | | | | | | |
| Roan, Natalee v. The Hartford | YHQAU27057 | 10-2-24892-6SEA | Superior | | King | WA |
| Robinson, Josef v. City of Seattle | | 06-2-39193-4SEA | Superior | | King | WA |
| Robinson, Rory v. Bhaika Transport, et al | | 14-2-06467-5 | Superior | | King | WA |
| Roderick v. Willis | | | | | | |
| Rossi, Michael v American Commerce Insurance Company | | Arbitration 00165841 | | | | |
| Rowe, David & Kimberly v. Seely, Daniel, MD | | 12-2-30036-4 SEA | Superior | | King | WA |
| RRW Legacy Management, et al./Campbell Investment Co. v. Campbell Walker | | 2:14-cv-326 MJP | Federal | Wesrten | Seattle | WA |
| RSMI v. Heirloom Productions | | 03-2-08188-0 | Superior | | Pierce | WA |
| Ruelos v. Kal Kustom | | C92-6192 | | | | |
| Rusin v. American States | | 99-2-00152-6 | Superior | | Kitsap | WA |
| Rutlegde v. J. Campbell & J. Gredvig (Safeco Insurance) | | 03-2-28265-1SEA | Superior | | King | WA |
| Rygaard Logging, Inc v. Western Power & Equipment Corp. | | 04-2-14447-7KNT | | | | |
| S. Kirschoffer v. City of Seattle | | 96-2-02548-0 | | | | |
| S & W Utility Contractors v. Thompson | | | | | | WA |
| Sage Group I, LLC. Inc v, Kotter, John; Kotter Assoc.; et al | | 11-2-29585-1 SEA | Superior | | King | WA |
| Satko, Joe v Safeco | 386416252007 | | | | | |
| Schauss v. Mutual of Enumclaw | 242530 | | | | | |
| Schock, Matthew C. v. Central Washington Truss, Inc., et al | | 10-2-00261-1 | Superior | | Kittitas | WA |
| Scot Vandervelde (Estate) v. Riyad Karmy Jones, et al | | 02-2-35005-4SEA | Superior | | King | WA |
| Sarah E. Schmitz v. Catalina Cantu | | 03-2-17371-1SEA | Superior | | King | WA |
| Scoggins, Michael; Pugh, Mary v. Rapport, Richard M.D. ; Group Health Cooperative | | 11-2-16767-4 SEA | Superior | | King | WA |
| Scott v. Magnolia | | | | | | |
| Scott, Daniel v. Kwak-Goldman | | 07-2-11069-6 | Superior | | Pierce | WA |
| Seager v. Mitzie | | 00-2-29266-0SEA | Superior | | King | WA |

| Case Name | CLAIM NO. | LEGAL CAUSE NO. | COURT | DISTRICT | CITY/ COUNTY | STATE |
|---|---|---|---|---|---|---|
| Seattle Steel | | | | | | |
| Service America | | C94-1596-C | US | Western | King | WA |
| Shane v. Gibbons | | | | | | |
| Sheplar v. LPJ Excavating, et al | | 08-2-04054-2 KNT | | | | |
| Shuck, Gail v. Silverdale Plaza / Safeway | | 05-2-00804-2 | Superior | | Kitsap | WA |
| Sienna Corporation; ABV Electronics v. Ceton Corp; Hammer, Gary & Pam | | 1:12-CV-278-ODE | Federal | Northern | Atlanta | GA |
| Simmons v. City of Seattle | | | | | | |
| Simpson Timber v. Girard Custom Coatings | | | | | | |
| Sintra v. City | | 88-2-18865-3 | | | | |
| Sires, Arnold R. v. Cho, Seong-Kyo | | 12-2-05936-3 | Superior | | Snohomish | WA |
| Six Continental v. United of Omaha | | C98-16902 | US | Western | Seattle | WA |
| Slater, Estate of James v. King County | | 2:12-cv-01132 MJP | | Western | S | WA |
| Small v. Safeco Insurance Company | 21D970371748 | Arbitration | | | | |
| Son, Hai dba Sam Son Remodeling Service v. Pham, et al. | | 11-2-20696-3 SEA | Superior | | King | WA |
| Song, Yong & Jin v. JC Penny | | 01-2-01283-2 | Superior | | Benton | WA |
| Sorrik v. Hanby | | | | | | |
| Soule v. Connecticut Mutual | | 9501371 | US | Western | | WA |
| Spa-Go, LLC; Togamau Kalepo v. Clyde Antone Jelinek as PR of Genevieve C. Jelinek | | 08-2-07758-4 | | Superior | Snohomish | WA |
| Stearns, Donna | | | | | | |
| St. Paul v. Marsh McClennan | | | | | | |
| Stanchfield v. Art Brass Plating, Inc. (Burgess Fitzer) | | Arbitration | | | | |
| Stearns, Rick & Dorothy v. Wilsey | 787967343020 | Arbitration | | | | |
| Steinman v. Dickson | X81204290RG | 93-2-07767-5 | Superior | | Pierce | WA |
| Stevenson, Julie Losee v. Sustainable Apparel | | 2:12-cv-01007-RAJ | Federal | Western | Seattle | WA |
| Stewart v. King County | | 03-2-18021-1 KNT | Superior | | King | WA |
| Studer-UIM Arbitration (Safeco) | | UIM Arbitration | | | | |
| Suldan v. Cablecom, Inc. | | | | | | |
| Sullivan, Terry | | | | | | |
| Summers, Paula | 472702345 | | | | | |
| Summerwood adv Miles Resources | | Arbitration | | | | |
| Sun Mountain v. Pierre | | 93-2-14823-2 | | | | |
| Sue Ann Corn as Pr for Estate of Ronald D. Corn v. Les Schwab | | 06-2-28808-4 KNT | Superior | | King | WA |
| Swan, Johnson, Kari | | 4:07-cv-01695-CDP | 8th US Distr | Eastern | | MO |
| Tallerday v. Delong | | | | | | |
| Tapken, Madelyn v. Spokane County and Malinak, Conrad | | 13-2-01216-7 | Superior | | Spokane | WA |
| Tenderholt, Dorothy / Daniel Taylor v. David, Daniel & Darci Deach | | 05-2-01129-0 | Superior | | Skagit | WA |
| Ternoir v. U-Haul | 1077841 | 95-2-20713-8SEA | Superior | | King | WA |
| Terry Raymond v. Pacific Chemical | | 96-2-29650-3 SEA | Superior | | King | WA |
| Testerman, Sherrie v City of Union Gap | | 14-2-00563-5 | Superior | | Yakima | WA |
| Thickens, Daphne v. Culbert, Patrick; Culbert, Dennis | | 12-2-36377-3 SEA | Superior | | King | WA |
| Thompson v. Ehnez | | | | | | |
| Thompson, Kathryn v. City of Union Gap; | | 12-2-03154-1 | Superior | | Yakima | WA |
| Thunderbird ( Red Lion) | | | | | | |
| Thykkuttathil, Rani and Wellman, Ryan v Keese, James | | 2:12-cv-01749 | Federal | Western | Seatttle | WA |
| Tiger Mountain LLC / P&L Associates v. King County | | 03-2-05287-4 | Superior | | Snohomish | WA |
| Tolbert, Jorden T. | | | | | | |
| Tomlinson v. Ford | | 93-2-09295-4 | Superior | | King | WA |
| Torres v. City of Anacortes, et al | | | | | | |
| Torres Mazatlan Remainder LLC v FLRX | | 2:12-cv-00870-JCC | | | | |
| Torvik, Svein v. The Insurance Co. of the State of Pennsylvania & American International Group, Inc. | | 2:09-cv-00886-RAJ | US District | Western | | WA |
| Trans West v. WAMU | | 98-2-04031-9SEA | Superior | | King | WA |

| Case Name | CLAIM NO. | LEGAL CAUSE NO. | COURT | DISTRICT | CITY/ COUNTY | STATE |
|---|---|---|---|---|---|---|
| Trident Seafoods Corp. v. Sea 'N Air Travel | | 05-2-12974-3SEA | Superior | | King | WA |
| Uraga v. D&S Electric | 57302990 | 94-2-05490-8 | | | | |
| US Engines v. Global Engines | | 00-2-30307-6KNT | Superior | | King | WA |
| Van De Graff Ranches, Inc, et al v. Animal Pharmaceuticals, Inc. et al | | 06-2-3010-8 | Superior | | Yakima | WA |
| Van Ess, Leona | B146936 | | | | | |
| Valiquette v. National Railroad (Amtrak) | | | | | | |
| Vicor Founders | Arbitration # 1260000537 | | | | | CA |
| Vine Street Partnership/Smokey Pt. Prop. v City of Marysville | | 95-2-07655-4 | Superior | | Snohomoish | WA |
| Vollstedt et al  v. Deyonne Tegman et al | | 07-2-18777-4SEA | Superior | | King | WA |
| W.O.R.K. v. Highline Hospital | | 94-2-09226-0 | Superior | | King | WA |
| Walker, Charles v. General Construction | | | | | | |
| Walters, Estate of Adell G.C. v. Bethany of the Northwest | | 06-2-13116-7 | Superior | | Snohomish | WA |
| Ward, David, Estate of | 13309658050SD | | | | | |
| Washburn v. Stevenson & Ford of Kirkland | | | | | | WA |
| Waterman v. Lee | | 05-2-07507-0 | Superior | | Pierce | WA |
| Waterside Beach Owners v. Pryde Corp | | 99-2-22009-9SEA | | | King | WA |
| Weaver v. Vivion | | 95-2-02109-2 | | | | |
| Weber v Progressive | | | | | | |
| Wedgewood at Renton v Westcott Holdings, Inc.; Vercello, LLC | | 09-2-10916-8 KNT | Superior | | King | WA |
| Weintraub v. Apple | 2670044380 | 97-2-30213-7SEA | Superior | | King | WA |
| Weiss, Karl & Luann Shahini v.  Torset Excavating | | 08-2-26921-3SEA | Superior | | King | WA |
| Welch,  Estate of Jerry L.&  Gosney v. Fireman's Fund Ins. Co.; Pizza Time, et al | | 09-2-32462-0 SEA | Superior | | King | WA |
| West v West | | 07-3-03773-3 SEA | Superior | | King | WA |
| West Coast Acquisitions, Inc. v. HCI Steel Building Systems Inc., et al. | | 11-00167 JLR | Federal | Western | | WA |
| Western Homes | | | | | | |
| Westmark v. Burien; King County | | 96-2-04778-1 | Superior | | King | WA |
| Westward Hoe Construction v. Thomas Dickson et al | | 07-2-29316-7 SEA | Superior | | King | Wa |
| Weyh v. Transcontinental Insurance | | | | | | |
| Wheeler v. Swedish Hospital | | | | | | |
| Whitaker v. Thyssenkrup Elevator | C05-1103 | | | | | |
| White v. Main | | 99-2-24382-0 SEA | Superior | | King | WA |
| Whiteluce, Randall v. Yi, Sok Hyon | | 08-2-1514-5 | Superior | | Grays Harbor | WA |
| Wilder v. Safeco | | | | | | |
| Wildseed v. Maier | | | | | | |
| Williams, Rachel v. McLean, Edward B. & Duse | | 12-2-01979-9 SEA | Superior | | King | WA |
| Williams, Scott v. Talt, Robin | | 12-2-31426-8 SEA | Superior | | King | WA |
| Williams v. Barry Swanson Trucking | | | | | | |
| Wilson v. City | | 92-2-18418-4 | Superior | | King | WA |
| Wilson v. PNE | | | | | | |
| Wily v. Mason County | | | | | | |
| Wolber, Andrea v. Kistap Mental Health Services | | | | | | |
| World Wrapps v. Sun Orchards | | | | | | |
| Wright, Annette v. USA; Madigan Hospital | | C12-05028 USDC | Federal | Western | Tacoma | WA |
| Wright, Patricia v City of Gig Harbor | | 08-2-05472-7 | Superior | | Pierce | WA |
| Yin, Rong  v. Griswold | | 09-2-00538-1 | Superior | | King | Wa |
| Yvonne B. Tani, et al v. Healy Tibbitts Builders, Inc. et al | | 04-1-0482-03 | Circuit | | | HI |
| Ziegler, R.W. v. Schwabe, Williamson & Wyatt, P.C. | | 10-2-28710-8SEA | Superior | | King | WA |
| Ziegler v. State of Washington Sentencing Guidelines Commission | | 02-2-02190-2 | Superior | | Thurston | WA |