

# Psychiatric Medicine Associates

Brian Vath, M.D. Peter Roy-Byrne, M.D. Mick Oreskovich M.D.
Molly Davis, M.D. Mary Lemberg, M.D. David Avery M.D.
Jennifer Velander, M.D. Tushar Kumar, M.D. Dannica Lin, M.D.
Ashley Bouzis, M.D. Meghan Keough Ph.D.

1505 Westlake Ave N.
suite 920
Seattle, WA 98109

phone: 206-386-3103
fax: 206-386-3123
www.psychiatricmedicine.com

RECEIVED
LEE, SMART
15 AUG 20 AM 11: 10

August 12, 2015

Craig L McIvor, JD
Lee Smart Law Offices
1800 One Convention Place
701 Pike St.
Seattle, WA 98101–3929
Fax 206-624-5944

Re:

*Sully (Borelis) v. Conmed, et al.*

Dear Mr. McIvor,

This report represents my opinion in the aforementioned matter. My qualifications as an expert in this case were previously presented in the form of my curriculum vitae.

In preparation for rendering this opinion, the following records were reviewed:

1. 1374 pages from the Department of Health and Human Services.

2. 8 pages from the Cowlitz County Fire and Rescue.

3. 700 pages from the Cowlitz County Sheriff's Department.

4. 537 pages from the Peace Health Southwest Washington Medical Center.

5. 1103 pages from St. John's Medical Center

On the basis of my record review, I have analyzed and am available to comment on various issues that include, but are not necessarily limited to: (1) nature and severity of the type of addiction suffered by Jenny Borelis; (2) consequences of the nature and severity of the type of addiction suffered by Jenny Borelis; (3) contribution of the addiction to the cause of death; and, (4) years of productive life left.

Findings and opinions based on the above sources of data and relevant findings from the fields of psychiatry, addiction psychiatry, and addiction medicine.

A. Jenny Borelis was 28 years old at the time of her death on May 15, 2013.

B. For a minimum of 13 years prior to her death (age 15), the decedent admitted to the abuse of multiple substances including but not limited to intravenous heroin and intravenous methamphetamine.

C. From July of 1999, the decedent was seen at the St. John's Medical Center Emergency Room 46 times.

D. The majority of these visits were related to her polysubstance dependence.

    1. At the time of a C-section in March of 2000, St. John's Medical Center was contacted by Child Protective Services that there was an open case for alleged prenatal drug and alcohol abuse. The history of alcohol and cannabis abuse dated back to age 12. However, the urine toxicology performed at that time was negative and CPS closed that investigation.

    2. In 2002, there were 12 visits to the ER mostly related to consequences of the decedent's polysubstance abuse. These included but were not limited to complaints of leg pain, low back pain, back pain, right hand injury, right-hand pain, tooth abscesses, ear pain, and wrist cutting during which on more occasions than not the decedent was seeking prescriptions for opioids. Some of these injuries appeared to be self-inflicted, and exams and x-rays were frequently negative. During a visit in May of 2002 the decedent admitted to intravenous cocaine use. During the visit of April 2002, the decedent admitted to cocaine and methamphetamine intravenous use. On several occasions, recommendations were made for substance abuse evaluation and treatment but there is no documentation that the recommendation was ever followed. During a visit in February 2002, the decedent admitted to intravenous drug abuse since August of 2001 consisting of both heroin and cocaine. The only previous treatment for mental health had occurred 3 years ago when the decedent was seeing a licensed mental health counselor at age 13. A CAGE questionnaire in February 2002 was positive for all 4 questions. During this ER visit in February 2002 the decedent was strongly encouraged to go into treatment and initially agreed to inpatient treatment. Decedent had a court appointment the next day and was to see a licensed mental health counselor after that court appointment.

E. The decedent was never able to obtain long-term sobriety and to stay clean and sober. On 15 different occasions she was scheduled to have a substance abuse evaluation. Most of these evaluations were under the auspices of the state Alcohol and Drug Abuse Treatment Safety Act. She did not show up for these appointments on March 7, 2005, May 8, 2008, and November 9, 2012. She did not complete treatment at the Drug Abuse Prevention Center (inpatient) on several occasions: June 23, 2003, November 24, 2006, April 27, 2007, October 9, 2008, or March 5, 2009. She either left the center against medical advice or was discharged for violating the rules. She did complete 30 days of inpatient treatment at DAPC on November 19, 2008, Pioneer Center North November 15, 2011, Drug Abuse Prevention Center August 1, 2006, American Behavioral Health March 28, 2013, Pioneer Center North January 13, 2012, and St. Peter's August 14, 2002. However, despite all of these treatments she did not follow-up after discharge and relapsed shortly thereafter.

F. The decedent suffered from the intravenous use of cocaine, methamphetamine, and heroin for a minimum of 13 years. Her substance use disorder was severe and would be fatal. It affected her mental health, her physical health, her emotional health, her relationships, her family, her pregnancies, her children, her economic status, her ability to be employed, her ability to further her education, and her ability to be happy. She was frequently assaulted, frequently injured, and a high utilizer of emergency rooms and treatment centers. Her multiple relapses despite treatment were predictive of ongoing relapses, which eventually would cause her demise. She was treated for endocarditis on November 12, 2014. The usual cause of endocarditis is the spread of bacteria during an intravenous injection with a dirty needle. The cause of death on May 15th, 2013 was bacteria in her bloodstream, which showered her other organs causing infection throughout her body. This is a common cause of death with the intravenous administration of drugs and was directly related and a consequence of her ongoing drug addiction. She had a terminal form of drug addiction. There were no years of productive life left. The decedent died of her addiction.


Respectfully submitted,

Michael R Oreskovich, MD, FACS
Clinical Professor, Department of Psychiatry and Behavioral Sciences
University of Washington
Board Certified general psychiatrist and Board Certified addiction psychiatrist
Fellow in the American College of Surgeons

# CURRICULUM VITAE

## Michael Robert (Mick) Oreskovich, M.D., F.A.C.S.

### PERSONAL DATA

Place of Birth: Butte, Montana
Date of Birth: May 21, 1948
Citizenship: U.S.A.

### EDUCATION

| | | |
|---|---|---|
| Carroll College<br>    Helena, Montana<br>(Maxima Cum Laude; 3.88 GPA) | 1966-1970 | B.A., Biology |
| University of Washington<br>    Seattle, Washington | 1970-1974 | M.D. |

### POSTGRADUATE EDUCATION

| | | |
|---|---|---|
| University of Washington Hospitals<br>    Seattle, Washington | 1974-1975 | Internship: Surgery |
| University of Washington Hospitals<br>    Seattle, Washington | 1974-1979 | Residency: Surgery |
| University of Washington Hospitals<br>    Seattle, Washington | 1978-1979 | Chief Resident: Surgery |
| University of Washington Hospitals<br>    Seattle, Washington | 1999-2002 | Residency: Psychiatry |
| University of Washington Hospitals<br>    Seattle, Washington | 2001-2002 | Chief Resident: Psychiatry |
| University of Washington Hospitals<br>    Seattle, Washington | 2002-2003 | Fellow: Addiction Psychiatry |
| VA Puget Sound Healthcare System | 2003-2004 | Fellow: MIRECC: VA Special Fellowship in Advanced Psychiatry |

### FACULTY POSITIONS

Assistant Professor of Surgery, University of Washington School of Medicine,
    Seattle, Washington, 1979-1983
Associate Professor of Surgery, University of Washington School of Medicine,
    Seattle, Washington, 1983-1985
Clinical Associate Professor of Surgery, University of Washington School of Medicine,
    Seattle, Washington, 1985-1999

Acting Instructor, Department of Psychiatry and Behavioral Sciences, University of Washington School of Medicine, Seattle, Washington, 2003-2004
Clinical Associate Professor, Department of Psychiatry and Behavioral Sciences, University of Washington School of Medicine, Seattle, Washington, 2004-2009
Clinical Professor, Department of Psychiatry and Behavioral Sciences, University of Washington School of Medicine, Seattle, Washington, 2009-

HOSPITAL POSITIONS

Director, Emergency Surgical Services, Harborview Medical Center, Seattle, Washington, 1979-1983
Co-Director, Nutrition Support Services, Harborview Medical Center, Seattle, Washington, 1980-1983
Director, Northwest Regional Trauma Center, Harborview Medical Center, Seattle, Washington, 1983-1984
Head, Trauma Section, Department of Surgery, University of Washington School of Medicine, Seattle, Washington, 1983-1984
Staff, Kalispell Regional Hospital, Kalispell, Montana 1984-1992
Staff, North Valley Hospital, Whitefish, Montana 1984-1992

HONORS

Honors Scholarship, Carroll College, 1966-1970
Maxima Cum Laude, GPA 3.88, Carroll College, 1970
Dean's List 8 out of 8 semesters
Delta Epsilon Sigma, Carroll College, 1970
Michael W. Murphy Award for Outstanding Collegiate Citizenship, Carroll College, 1970
Who's Who Among Students in American Colleges and Universities, 1970
Outstanding Student, Surgery 665 Clerkship, University of Washington School of Medicine, 1973
Best Clinical Paper, Annual Meeting, Committee on Trauma, American College of Surgeons, Scientific Mentor for Gregory K. Luna, M.D., 1980
President's Award for Outstanding Achievement in the Field of Medicine, Carroll College, Class of 1970, 1982
Who's Who in Health and Medical Services, 1991
Recipient of University of Washington, School of Medicine, Department of Psychiatry and Behavioral Sciences, Junior Resident Award for Clinical Excellence and Compassion in Inpatient Psychiatry, July 1, 1999-June 30, 2000
Recipient of American College of Psychiatrists Laughlin Fellowship, 2002
Recipient of Harborview Medical Center, Resident of the Year Award, 2002
Recipient of University of Washington, School of Medicine, Department of Psychiatry and Behavioral Sciences, Outstanding Resident, Graduating Class 2002
Recipient of Sierra-Pacific MIRECC National Travel Award 2003

BOARD CERTIFICATION

Diplomate, National Board of Medical Examiners, 1975; #144739

Diplomate, The American Board of Surgery, 1980; #25646; Recertification, 1989; #24881
Diplomate, The American Board of Psychiatry and Neurology, 2003, 2013, #52797
Diplomate, The American Board of Psychiatry and Neurology, Subspecialty Certification in Addiction Psychiatry, 2004, 2013 #1879

LICENSURE TO PRACTICE

Washington, 1975, #14883

PROFESSIONAL SOCIETIES AND ORGANIZATIONS

Henry N. Harkins Surgical Society, 1978- Secretary-Treasurer 1980-82
American Society of Parenteral and Enteral Nutrition, 1979-1984
King County Medical Society, 1979-1985
Washington State Medical Society, 1979-1985
Association for Academic Surgery, 1980-1989
ATLS, State Faculty, 1980-1992
American College of Surgeons, Fellow, 1982-
American Medical Association, 1982-
Seattle Surgical Society, Fellow, 1983-
American Association for the Surgery of Trauma, Fellow, 1983-1989
Surgical Infection Society, 1984-1987
American Trauma Society, 1984-1987
Flathead County Medical Society, 1984-1993
Montana Medical Association, 1984-1993
American Society of Addiction Medicine 1993-
Washington Society of Addiction Medicine 1994-
Physician Leadership on National Drug Policy, Physician Associate 1998-
American Psychiatric Association 1999-
Washington State Psychiatric Association 2000-
Washington State Medical Association 2004-
American Medical Association 2004-
Federation of State Physician Health Programs 2006-

EDITORIAL APPOINTMENTS

Montana Editor, Western Journal of Medicine, 1984-1990

NATIONAL AND INTERNATIONAL ACTIVITIES

American College of Surgeons:
  Committee on Trauma:
    Chairman, Washington State Chapter, 1982-1984
    Member, Montana State Chapter, 1984-1992
   ATLS Faculty or Course Director: 24 courses from 1980-1992
  Committee on Credentials:

    Member, Washington State Chapter, 1982-1984
    Member, Montana State Chapter, 1984-1992
  Washington State Chapter:
    Executive Council, 1982-1984
  Consultant, Governors Committee on Physician Competency and Health, 2004-
American Board of Surgery:
   Associate Examiner, 1986, 1991
University of Michigan
    Visiting Professor, Department of Surgery, May 12-14, 1980
King Abdul Aziz Medical School, Department of Surgery, Jeddah, Saudi Arabia
    Consultant (onsite), February 7-March 25, 1981
Department of Health, Western Region, Jeddah, Saudi Arabia
    EMS Advisor (onsite), February 7-March 25, 1981
Federation of State Physician Health Programs
    Board of Directors 2008-
    Executive Committee 2009-2010
    Western Regional Director 2008-2010
    Co-Chair, Research Task Force 2009-2010
    Chair, Curriculum Committee 2009-2010
    Chair, 2010 Program Planning Committee for Annual Meeting, 2009-2010
    Co-Chair 2011 Program Planning Committee for Annual Meeting, 2010-2011
    Co-Chair 2012 Program Planning Committee for Annual Meeting
    Blueprint for Recovery Research Committee 2006-2009
    Co-Chair 2013 Program Planning Committee for Annual Meeting
    Consultant and Honorary Member 2010
American Dental Association
    Psychiatric Consultant, Council on Dental Practice, Dentist Health and Wellness Committee, 2006-2012

## STATE AND LOCAL ACTIVITIES

Attending Physician, Seattle City Jail, King County Jail, Pioneer Square Health Station, 1979-1980
Physician Coordinator, Washington State Fire Service Training, EMT Courses, 1979-1980
Surgical Consultant, Medic I Program, Seattle Fire Department, 1979-1984
Board of Directors, Crime Victim Advocacy Program, Seattle Police Department
(Mayoral Appointment), 1980-1982
Surgical Consultant, Disability Analysis Bureau, Social Security Administration, 1980-1981
Volunteer, American Cancer Society, 4/93-12/93
Board of Directors, Recovery Centers of King County, 1997-
Chair, QA Committee, Recovery Centers of King County, 2003-
Psychiatric Consultant, Washington Physicians Health Program, 2002-2004
Associate Director, Washington Physicians Health Program, 2004-2006
Affiliate Member, Board of Trustees, Washington State Medical Association, 2006-2010
Medical Director and Chief Executive Officer, Washington Physicians Health Program, 2006-2010
Co-Founder, Psychiatric Medicine Associates

DEPARTMENTAL AND UNIVERSITY ACTIVITIES

Medical Student Advisory Committee, University of Washington, 1979-1981
Student Progress Committee, University of Washington, 1979-1982
Disaster Committee, Harborview Medical Center, 1979-1984
Emergency Room Management Committee, Harborview Medical Center, 1979-1984
Ombudsman, E-79 Surgical Residents, University of Washington, 1979-1984
Residency Review Committee, Department of Surgery, University of Washington, 1979-1984
King County Emergency Medical Services Coordinating Council, 1980-1984
Research Committee, King Abdul Aziz University–University of Washington, 1981
Advisory Committee, King Abdul Aziz University–University of Washington, 1981
Vascular Fellowship Committee, Department of Surgery, University of Washington, 1981-1982
Third Year Student Comprehensive Examination Committee, Department of Surgery, University of Washington, 1981-1982
Academic Affairs Committee, University of Washington, 1982-1984
Physician Coordinator PSRO, Harborview Medical Center, 1983-1984
Surgical Council, Harborview Medical Center, 1983-1984
Visiting Committee, School of Medicine, University of Washington, 1984-1999
Admissions Committee, Department of Psychiatry and Behavioral Sciences, 2000-2002
Resident Education Steering Committee, Department of Psychiatry and Behavioral Sciences, 2001-2002
Steering Committee, Washington Node, Clinical Trials Network, National Institute of Drug Abuse, 2005-2012

RESEARCH SUPPORT

Merck, Sharp, and Dohme Laboratories: "Antibiotic Prophylaxis in Penetrating Abdominal Trauma"; E. Patchen Dellinger, M.D., PI; Michael R. Oreskovich, M.D. Co-PI ($109,000: 1982-1984).

Mead-Johnson Laboratories: "Polymeric Enteral Hyperalimentation of the Multiple Trauma Patient – Traumacal 7051"; David Simonowitz, M.D., P.I.; and Michael R. Oreskovich, M.D., Co-PI ($45,522: 1982-1984).

Ross Laboratories: "High-Residue Defined Formula for Enteral Hyperalimentation in Trauma Victims"; Michael R. Oreskovich, M.D., PI ($30,380: 1983-1984).

Alcohol and Drug Abuse Institute Small Grants Program, University of Washington: "A Double-blind, Double-dummy, Randomized, Prospective, Efficacy Study of the Partial Mu Opiate Agonist, Buprenorphine, for Acute Detoxification of Heroin Addicts"; Andrew J. Saxon, M.D., and Michael R. Oreskovich, M.D., Co-PI ($19, 902: 2002-2003).

PUBLICATIONS

1. Galbraith TA, Oreskovich MR, Heimbach DM, Herman CM, and Carrico CJ.  The role of peritoneal lavage in the management of stab wounds to the abdomen.  <u>Am J Surg</u>.  140:60-64, 1980.

2. Luna GK, Copass MK, Oreskovich MR, and Carrico CJ.  The role of helmets in reducing head injuries from motorcycle accidents:  A political or medical issue?  <u>Western J Med</u>.  135:89-92, 1981.

3. Harnar T, Oreskovich MR, Copass MK, Heimbach DM, Herman CM, and Carrico CJ.  The role of emergency thoracotomy in the resuscitation of the moribund trauma victim:  100 consecutive cases.  <u>Am J Surg</u>.  142:96-99, 1981.

4. Simonowitz DA, Oreskovich MR, Dellinger EP, Edwards WA, Adams S, Freitas C, Karkeck J, and Palidar P.  Value of nutritional support in anergic patients.  <u>Nutr Supp Serv</u>.  1:29-31, 1981.

5. Oreskovich MR, Dellinger EP, Lennard ES, Wertz M, Carrico CJ, and Minshew BH.  Duration of preventative antibiotic administration for penetrating abdominal trauma.  <u>Arch Surg</u>.  117:200-205, 1982.

6. Berni GA, Bandyk DF, Oreskovich MR, and Carrico CJ.  Role of intraoperative pancreatography in patients with injury to the pancreas.  <u>Am J Surg</u>.  143:602-605, 1982.

7. Palidar PJ, Simonowitz DA, Oreskovich MR, Dellinger EP, Edwards WA, Adams S, and Karkeck J.  Use of op site as an occlusive dressing for total parenteral nutrition catheters.  <u>JPEN</u>.  6:150-151, 1982.

8. Simonowitz DA, Dellinger EP, Oreskovich MR, et al.  Anergy in high risk surgical patients:  The role of parenteral nutrition.  <u>Western J Med</u>.  137:181, 1982.

9. Fortner GS, Oreskovich MR, Copass MK, and Carrico CJ.  The effects of pre-hospital trauma care on survival from a 50-meter fall.  <u>J Trauma</u>.  23:3, 1983.

10. Oreskovich MR and Carrico CJ.  Factors affecting infectious complications of penetrating injury to the colon.  <u>Infections in Surg</u>.  2:101-109, 1983.

11. Oreskovich MR and Carrico CJ.  Stab wounds of the anterior abdomen:  Analysis of a management plan of local wound exploration and quantitative peritoneal lavage.  <u>Ann Surg</u>.  198:411-419, 1983.

12. Dellinger EP, Oreskovich MR, Wertz MN, et al.  Risk of infection following laparotomy for penetrating abdominal injury.  <u>Arch Surg</u>.  119:20-27, 1984.

13. Oreskovich MR and Carrico CJ.  Pancreaticoduodenectomy for trauma:  A viable option?  <u>Am J Surg</u>.  147:618-623, 1984.

14. Oreskovich MR, Howard JA, Copass MK, and Carrico CJ. Geriatric trauma: Injury patterns and outcomes. J Trauma. 24:565-572, 1984.

15. Copass MK, Oreskovich MR, Bladergroen MR, and Carrico CJ. Pre-hospital cardiopulmonary resuscitation of the critically injured patient. Am J Surg. 148:20-26, 1984.

16. Luna GK, Maier RV, Sowder G, Copass MK, and Oreskovich MR. Influence of ethanal intoxication on outcome of injured motorcyclists. J Trauma. 24:695-700, 1984.

17. Beal SL and Oreskovich MR. Long-term disability associated with flail chest injury. Am J Surg. 150:324-326, 1985.

18. Orzel JA, Rudd TG, and Oreskovich MR. Evaluation of traumatic mesenteric hemorrhage in a hemophiliac with Tc-99m labeled red blood cell scintigraphy. J Trauma. 26:1056-1057, 1986.

19. Dellinger EP, Wertz MJ, Lennard ES, and Oreskovich MR. Efficacy of short course antibiotic prophylaxis after penetrating intestinal injury: A prospective randomized trial. Arch Surg. 121:23-30, 1986.

20. Adams S, Dellinger EP, Wertz MJ, Oreskovich MR, Simonowitz D, and Johansen K. Enteral versus parenteral nutritional support following laparotomy for trauma: A randomized prospective trial. J Trauma. 26:882-891, 1986.

21. Luna GK, Maier RV, Pavlin EG, Anardi D, Copass MK, and Oreskovich MR. Incidence and effect of hypothermia in seriously injured patients. J Trauma. 27:1014-1018, 1987.

22. Oreskovich MR, Saxon AJ, Ellis MLK, Malte CA, Reoux JP, Knox PC: A Double-blind, Double-dummy, Randomized, Prospective, Efficacy Study of the Partial Mu Opiate Agonist, Buprenorphine, for Acute Detoxification of Heroin Addicts. Drug and Alcohol Dependence 77 (2005) 71–77.

23. Reoux JP and Oreskovich MR: Comparison of the CIWA-Ar and the CIWA-AD in the Treatment of Alcohol Withdrawal. The American Journal on Addictions. 15 (2006) 85-93.

24. Saxon AJ, Oreskovich MR, Brkanac Z: Genetic Determinants of Addiction to Opioids and Cocaine. Harvard Review of Psychiatry. 13(4) (2005) 218-232.

25. Ang-Lee K, Oreskovich MR, Saxon AJ, Jaffe CA, Meredith CW, Ellis MK, Malte CA, Knox PC: Single Dose of 24 Milligrams of Buprenorphine for Heroin Detoxification: an Open- label Study. Journal of Psychoactive Substances. 38(4) (2006) 505-512.

26. Oreskovich MR. Invited Commentary. Middleton JL. Today I'm Grieving a Physician Suicide. Ann. Fam. Med. 6 (2008) 267-269.

27. Shanafelt T, Balch C, Dyrbye L, Bechamps G, Russell T, Satele D, Rummans T, Swartz K, Novotny P, Sloan J, Oreskovich MR: Suicidal Ideation Among American Surgeons. Arch. Surg. 146(1) (2011) 54-62.

28. Oreskovich MR, Caldeiro R: Anesthesiologists Recovering From Chemical Dependency: Can They Safely Return to the Operating Room? Mayo Clinic Proceedings. 84(7) (2009) 576-580.

29. Buhl A, Oreskovich MR, Meredith CW. Prognosis for Recovery of Surgeons from Chemical Dependency. Arch. Surg. 2011 Nov;146(11):1286-91.

30. Shanafelt TD, Oreskovich MR, Dyrbye LN, Satele DV, Hanks JB, Sloan JA, Balch CM. Avoiding Burnout: The Personal Health Habits and Wellness Practices of U.S. Surgeons. Ann. Surg. 2012 Apr;255(4):625-33

31. Oreskovich MR, Kaups KL, Balch CN, Hanks JB, Satele DV, Sloan JA, Meredith CW, Buhl A, Dyrbye LN, Shanafelt TD. The Prevalence of Substance Use Disorders Among American Surgeons. Arch. Surg. 2012 Feb;147(2):168-74.

32. Balch CM, Oreskovich MR, Dyrbye LN, Colaiano JM, Satele DV, Sloan JA, Shanfelt TD. Personal Consequences of Malpractice Lawsuits on American Surgeons. JACS. 213(5) (2011) 657-667.

33. Seppala MD, Oreskovich MR. Opioid-abusing health care professionals: options for treatment and returning to work after treatment. Mayo Clin Proc. 2012 Mar;87(3):213-5.

34. Dyrbye LN, Sotile W, Boone S, West CP, Tan L, Satele D, Sloan J, Oreskovich M, Shanafelt T. A Survey of U.S. Physicians and Their Partners Regarding the Impact of Work-Home Conflict. J Gen Intern Med. 2013 Sep 17. [Epub ahead of print]

35. Shanafelt TD, Kaups KL, Nelson H, Satele DV, Sloan JA, Oreskovich MR, Dyrbye LN. An Interactive Individualized Intervention to Promote Behavioral Change to Increase Personal Well-Being in US Surgeons. Ann Surg. 2013 Aug 23. [Epub ahead of print]

36. Oreskovich M, Anderson J. Physician personalities and burnout. Bull Am Coll Surg. 2013 Jun;98(6):40-2.

37. Oreskovich MR. Alcohol use does not equal abuse-reply. Arch Surg. 2012 Aug 1;147(8):786. doi: 10.1001/archsurg.2012.1275.

38. Shanafelt TD, Boone SL, Dyrbye LN, Oreskovich MR, Tan L, West CP, Satele DV, Sloan JA, Sotile WM. The medical marriage: a national survey of the spouses/partners of US physicians. Mayo Clin Proc. 2013 Mar;88(3):216-25. doi: 10.1016/j.mayocp.2012.11.021. Epub 2013 Feb 27.

39. Dyrbye LN, Freischlag J, Kaups KL, Oreskovich MR, Satele DV, Hanks JB, Sloan JA, Balch CM, Shanafelt TD. Work-home conflicts have a substantial impact on career decisions that affect the adequacy of the surgical workforce. Arch Surg. 2012 Oct;147(10):933-9. doi: 10.1001/archsurg.2012.835.

40. Shanafelt TD, Boone S, Tan L, Dyrbye LN, Sotile W, Satele D, West CP, Sloan J, Oreskovich MR. Burnout and satisfaction with work-life balance among US physicians relative to the general US population. Arch Intern Med. 2012 Oct 8;172(18):1377-85.

41. Shanafelt TD, Oreskovich MR, Dyrbye LN, Satele DV, Hanks JB, Sloan JA, Balch CM. Avoiding burnout: the personal health habits and wellness practices of US surgeons. Ann Surg. 2012 Apr;255(4):625-33. doi: 10.1097/SLA.0b013e31824b2fa0.

42. Oreskovich MR, Shanafelt T, Dyrbye LN, Tan L, Sotile W, Satele D, West CP, Sloan J, Boone S. The prevalence of substance use disorders in American physicians. Am J Addict. 2014 Nov 19. doi: 10.1111/j.1521-0391.2014.12173.x. [Epub ahead of print]

BOOK CHAPTERS

1. Oreskovich MR, White TT, and Carrico CJ. The Alimentation of Patients Undergoing Re-Operation on the Gastrointestinal Tract. *In:* White TT and Harrison R (Eds.) <u>Re-Operative Gastrointestinal Surgery</u>. Boston: Little-Brown, 1979.

2. Oreskovich MR and Carrico CJ. Diagnostic Peritoneal Lavage. *In:* Najarian JS and Delaney JP (Eds.) <u>Emergency Surgery</u>. Chicago: Yearbook Medical Publishers, 1982.

3. Oreskovich MR and Carrico CJ. Diagnosis and Management of Colon Injuries. *In:* Najarian JS and Delaney JP (Eds.) <u>Emergency Surgery</u>. Chicago: Yearbook Medical Publishers, 1982.

4. Oreskovich MR and Carrico CJ. Trauma: Management of the Acutely Injured Patient. *In:* D Sabiston (Ed.) <u>Textbook of Surgery</u>, 13th Edition. Philadelphia: W. B. Saunders Co., 1986.

ABSTRACTS

1. Oreskovich MR. The epidemiology of major traumatic injuries in North Central Washington: A ten year experience. Third National Emergency Medical Services Symposium, 1978.

2. Galbraith TA, Oreskovich MR, Heimbach DM, Herman CM, and Carrico CJ. The role of peritoneal lavage in the management of stab wounds to the abdomen. Fifty-First Annual Meeting, Pacific Coast Surgical Association, 1980.

3. Luna GK, Copass MK, and Carrico CJ. The role of helmets in reducing head injuries from motorcycle accidents: A political or medical issue? Annual Meeting, Washington State Chapter of the American College of Surgeons, 1980.

4. Harnar T, Oreskovich MR, Copass MK, Heimbach DM, Herman CM, and Carrico CJ. Emergency thoracotomy. Impact of out of hospital CPR. Annual Meeting, Washington Chapter of the American College of Surgeons, 1980.

5. Engrav LH, Oreskovich MR, and Carrico CJ. Peritoneal dialysis for abdominal trauma. J Trauma. 20:266-267, 1980.

6. Harnar T, Oreskovich MR, Copass MK, Heimbach DM, Herman CM, and Carrico CJ. Emergency thoracotomy. Impact of out of hospital CPR. Fifty-Second Annual Meeting, Pacific Coast Surgical Association, 1981.

7. Oreskovich MR, Dellinger EP, Lennard ES, Wertz MN, Carrico CJ, and Minshew B. Duration of preventative antibiotic administration for penetrating abdominal trauma. First Annual Meeting, Surgical Infection Society, 1981.

8. Berni GA, Bandyk DF, Oreskovich MR, and Carrico CJ. The role of intraoperative pancreatography in the assessment of injury to the head of the pancreas. Sixty-Eighth Annual Meeting, North Pacific Surgical Association, 1981.

9. Galbraith TA, Oreskovich MR, Heimbach DM, Herman CM, and Carrico CJ. The role of peritoneal lavage in the management of stab wounds to the abdomen. Yearbook of Surg. 4:87-88, 1981.

10. Fortner GC, Oreskovich MR, Copass MK, and Carrico CJ. Effects of prehospital trauma care on survival from a 50 meter fall. Committee on Trauma, American College of Surgeons, National Residents Paper Competition, Washington, DC, 1982.

11. Fortner, GC, Oreskovich MR, Copass MK, and Carrico CJ. Effects of prehospital trauma care on survival from a 50 meter fall. Annual Meeting, Washington State Chapter of the American College of Surgeons, 1982.

12. Fortner GS, Oreskovich MR, Carrico CJ, and Copass MK. Ground versus water impact from a fifty meter fall: A comparison of fatal injuries. J Trauma. 22:617, 1982.

13. Harnar TJ, Oreskovich MR, Copass MK, Heimbach DM, Herman CM, and Carrico CJ. Role of emergency thoracotomy in the resuscitation of moribund trauma victims: 100 consecutive cases. Current Surg. 39:142, 1982.

14. Luna GK, Oreskovich MR, and Maier RV. The effects of acute ethanolism on outcome of injured motorcyclists. Committee on Trauma, American College of Surgeons, National Residents Paper Competition, San Antonio, TX, 1983.

15. Dellinger ER, Oreskovich MR, and Wertz MN. Factors predicting probability for infections following penetrating abdominal trauma. Third Annual Meeting, Surgical Infection Society, 1983.

16. Oreskovich MR, Howard JA, Copass MK, and Carrico CJ. Geriatric trauma: Injury patterns and outcome. Annual Meeting, Washington State Chapter of the American College of Surgeons, 1983.

17. Luna GK, Oreskovich MK, and Maier RV. The effects of acute ethanolism on outcome of injured motorcyclists. Annual Meeting, Washington State Chapter of the American College of Surgeons, 1983.

18. Adams S, Dellinger EP, Wertz MJ, Oreskovich MR, Simonowitz D, and Johansen K. Enteral versus parenteral nutritional support following laparotomy for trauma: A randomized prospective trial. Seventh Clinical Congress, American Society of Parenteral and Enteral Nutrition, 1983.

19. Oreskovich MR, Simonowitz DA, Dellinger EP, Johansen K, Adams S, and Carrico CJ. The benefits of enteral versus parenteral nutrition in critically injured patients. Traumacal Symposium, Boston, MA, 1983.

20. Copass MK, Oreskovich MR, Heimbach DM, and Carrico CJ. Out-of-hospital resuscitation of major trauma victims – Impact of the Medic One experience. J Trauma. 23:632, 1983.

21. Oreskovich MR, Howard JA, Copass MK, and Carrico CJ. Injury pattern and outcome: Trauma in the elderly. Forty-Third Annual Meeting, American Association for the Surgery of Trauma. J Trauma. 23:643, 1983.

22. Oreskovich MR and Carrico CJ. Pancreaticoduodenectomy for trauma: Viable option? Seventeenth Annual Meeting, North Pacific Surgical Association. J Trauma. 23:654, 1983.

23. Luna GK, Maier RV, Sowder L, Copass MK, and Oreskovich MR. Influence of ethanol intoxication on outcome of injured motorcyclists. Forty-Third Annual Meeting, American Association for the Surgery of Trauma. J Trauma. 23:648, 1983.

24. Dellinger EP, Wertz MJ, Oreskovich MR, Lennard ES, and Hamasaki V. Specificity of fever and leukocytosis after laparotomy for penetrating abdominal trauma. J Trauma. 23:633, 1983.

25. Oreskovich MR and Carrico CJ. Stab wounds of the anterior abdomen: Analysis of a management plan of local wound exploration and quantitative peritoneal lavage. One Hundred and Third Annual Meeting, American Surgical Association, 1983.

26. Oreskovich MR, Dellinger EP, Lennard ES, Wertz MJ, Carrico CJ, and Minshew B. Duration of preventative antibiotic administration for penetrating abdominal trauma. Current Surgery. 40:83, 1983.

27. Dellinger EP, Oreskovich MR, Wertz MJ, Hamasaki V, and Lennard ES. Risk of infection following laparotomy for penetrating abdominal injury. <u>Current Surgery</u>. 41:323, 1984.

28. Oreskovich MR, Dellinger EP, Johansen K, Adams S, and Carrico CJ. A randomized prospective study of enteral versus parenteral hyperalimentation in trauma patients. <u>J Trauma</u>. 24:674, 1984.

29. Bladergroen MR, Oreskovich MR, and Carrico CJ. Cardiac injury in King County: Impact of the prehospital care. <u>J Trauma</u>. 24:646, 1984.

30. Copass MK, Oreskovich MR, and Carrico CJ. Prehospital cardiopulmonary resuscitation of the critically injured patient. Fifty-Fifth Annual Meeting, Pacific Coast Surgical Association, 1984.

31. Bladergroen MR, Oreskovich MR, and Carrico CJ. Cardiac injury in King County: A six-year experience. American College of Surgeons Committee on Trauma, National Residents Paper Competition, Phoenix, AZ, 1984.

32. Oreskovich MR and Carrico CJ. Stab wounds of the anterior abdomen: Analysis of a management plan of local wound exploration and quantitative peritoneal lavage. <u>Yearbook of Surgery</u>. 84:90-91, 1984.

33. Dellinger EP, Wertz MJ, Lennard ES, and Oreskovich MR. Efficacy of short course antibiotic prophylactics after penetrating abdominal injury. Fifth Annual Meeting, Surgical Infection Society, 1985.

34. Adams S, Dellinger EP, Wertz MJ, Oreskovich MR, Simonowitz D, and Johansen K. Enteral versus parenteral nutritional support following laparotomy for trauma: A randomized prospective trial. Forty-Fifth Annual Meeting, American Association for the Surgery of Trauma. <u>J Trauma</u>. 25:683, 1985.

35. Luna GK, Maier RV, Pavlin EG, Anardi D, Copass MK, and Oreskovich MR. Incidence and effect of hypothermia in seriously injured patients. Forty-Fifth Annual Meeting, American Association for the Surgery of Trauma, 1986.

36. Oreskovich MR, Saxon AJ, Ellis MK, Malte CA, Reoux JP, and Knox PC. A Double-blind, Double-dummy, Randomized, Prospective, Efficacy Study of the Partial Mu Opiate Agonist, Buprenorphine, for Acute Detoxification of Heroin Addicts. Clinical Report, Page 82, Syllabus and Proceedings Summary, American Psychiatric Association, Annual Meeting, New York, NY, May 1-6, 2004.

37. Saxon AJ, Oreskovich MR, Malte CA, Ellis MK, Reoux JP, and Knox PC. Monitoring for Adequacy of Heroin Detoxification with Buprenorphine or Clonidine: a Comparison of Objective, Subjective, and Analogue Measures. Scientific Report, College on Problems of Drug Dependence, 2004.

38. Bechamps GJ, Balch CM, Shanafelt TD, Sloan J, Eckhauser FF, and Oreskovich MR. American College of Surgeons National Survey on Burnout and Career Satisfaction: Comparison of Responses from 3233 General Surgeons to 4628 Surgeons from Other Surgical Specialties. 96th Annual Clinical Congress of the American College of Surgeons. Washington, DC, October 4, 2010.

39. Oreskovich MR, Kaups KL, Balch CN, Hanks JB, Satele DV, Sloan JA, Meredith CW, Buhl A, Dyrbye LN, Shanafelt TD. The Prevalence of Substance Use Disorders Among American Surgeons. October 24, 2011, Ninety-Seventh Annual Clinical Congress, American College of Surgeons, San Francisco, CA.

40. Oreskovich MR, Kaups KL, Balch CN, Hanks JB, Satele DV, Sloan JA, Meredith CW, Buhl A, Dyrbye LN, Shanafelt TD. The Prevalence of Substance Use Disorders Among American Surgeons. April 2012, The Federation of State Physician Health Programs Annual Meeting, Fort Worth, Texas.

41. Buhl A, Oreskovich MR, Meredith CW. Prognosis for Recovery of Surgeons from Chemical Dependency. April 2010, The Federation of State Physician Health Programs Annual Meeting, Chicago, Ill


SELECTED PRESENTATIONS (national and international only)

1. "Initial Assessment of the Trauma Patient," Annual Meeting and Scientific Seminar, American College of Emergency Physicians; Sunriver, OR; June 13, 1980.

2. "Nutritional Requirements and Techniques in the Traumatized Patient," Annual Meeting, American Academy of Orthopaedic Surgeons; Seattle, WA; August 25, 1980.

3. "Renal Failure," Sixth Annual Saudi Medical Conference; Jeddah, Saudi Arabia; March 17, 1981.

4. "Pre-Hospital Surgical Care," Postgraduate Course, "Trauma," Sixty-Seventh Annual Clinical Congress, American College of Surgeons; San Francisco, CA; October 13, 1981.

5. "Trauma, The Golden Hour," National Air Medical Evacuation Meeting; Portland, OR; April 19, 1982.

6. "Trauma 1982," Conjoint Meeting of Regional Military Hospitals; San Francisco, CA; June 5, 1982.

7. "Fluids, Blood and Circulatory Evaluation," Orthopaedic Traumatology, American Academy of Orthopaedic Surgeons; Seattle, WA; August 9, 1982.

8.  "Priorities and Considerations of the Team Captain – The Trauma Surgeon," Orthopaedic Traumatology, American Academy of Orthopaedic Surgeons; Seattle, WA; August 9, 1982.

9.  "Conservative Management of Colon Injuries," Annual Meeting, American Society of Colorectal Surgeons; Seattle, WA; April 8, 1983.

10. "Diagnosis and Management of Pancreatic Injuries," Postgraduate Course, "Management of the Acutely Injured Patient," Annual Spring Meeting, American College of Surgeons; Honolulu, HI; April 1-5, 1984.

11. "Management of Pelvic and Retroperitoneal Bleeding," Postgraduate Course, "Management of the Acutely Injured Patient," Annual Spring Meeting, American College of Surgeons; Honolulu, HI; April 1-5, 1984.

12. "Trauma: General Trauma," Postgraduate Course, "Pre and Postoperative Care: Biology of Aging: Implications for the Surgeon," Seventeenth Annual Clinical Congress, American College of Surgeons; San Francisco, CA; October 26, 1984.

13. "The Many Faces of EMS – How Different They Are – How Alike They Become," National Hospital Satellite Network Teleconference; San Diego, CA; February 5, 1986.

14. "The Role of Resection in Pancreatic Trauma," Nineteenth Congress of the Pan-Pacific Surgical Association; Honolulu, HI; January 27, 1987.

15. "The Many Faces of EMS," Trauma Motion Picture Session, Seventy-Third Annual Clinical Congress, American College of Surgeons; San Francisco, CA; October 14, 1987.

16. "Intervention and Rehabilitation; Stress and Burnout Among Surgeons", October 14th, 2009, Ninety-Fifth Annual Clinical Congress, American College of Surgeons, Chicago, Illinois.

17. "Surgeon Burnout; Putting Out the Flame", Co-Chair of Panel, October 5th, 2010, Ninety-Sixth Annual Clinical Congress, American College of Surgeons, Washington, D.C.

18. "Surgeon Burnout; Putting Out the Flame", "The Role of Perfectionism", October 5th, 2010, Ninety-Sixth Annual Clinical Congress, American College of Surgeons, Washington, D.C.

19. "Light at the End of the Tunnel:How to Perform an Intervention on a Surgeon", October 24, 2011, Ninety-Seventh Annual Clinical Congress, American College of Surgeons, San Francisco, CA.

20. "Light at the End of the Tunnel", Co-Chair of Panel, October 24, 2011, Ninety-Seventh Annual Clinical Congress, American College of Surgeons, San Francisco, CA.

21. American Dental Association March 2012

22. American Dental Association March 2010

23. WSPA 2013

24. Wa Chpt ACP 2013

Revised 2.15.15

# Michael Oreskovich, MD, FACS



1728 29th Ave S● Seattle, WA 98144● Phone: (206) 948-4104 ●
E-Mail: moreskovich@cablespeed.com Web: www.mickmd.com

UBI: 601502024

*Fee Schedule*

Date

Project Title:

Project Description: Expert Medical Opinion and Testimony

**Invoice Number**:
Term: 30 Days

| Date | Service | Hours | Cost |
|---|---|---|---|
|  | Review of records and generation of opinion | $400/hour |  |
|  | Meeting with counsel, depositions, court testimony | $500/hour |  |

A monthly finance charge of 1% will be applied to past due balances outstanding 90 days or longer.

On occasion, $1500 retainer for new client.

**Please make check payable to:**

 Michael R Oreskovich MD
*1728 29th Ave S*
*Seattle, WA 98144*


Thank you,


Michael R. (Mick) Oreskovich, MD, FACS
1728 29th Ave S
Seattle, WA 98144

moreskovich@cablespeed.com
www.mickmd.com
(w)(c) 206-445-2014